Case: 3:25-cv-00226-MPM-JMV Doc #: 9-3 Filed: 08/29/25 1 of 3 PageID #: 242

7/3/25, 7:38 AM — University of Mississippi Mail - Request for Support and Guidance Regarding Comprehensive Examination Concerns

**THE UNIVERSITY OF MISSISSIPPI**

*[Handwritten annotation across top:] EXHIBIT C — Escalation to Dean Regarding Accommodation and Procedural Concerns*

Omokhodion Eriakha <oeriakha@go.olemiss.edu>

## Request for Support and Guidance Regarding Comprehensive Examination Concerns

12 messages

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>  Fri, May 9, 2025 at 11:11 AM
To: Annette Kluck <askluck@olemiss.edu>

Dear Dr. Kluck,

Good morning. I hope this email finds you well.

I am writing to respectfully request your guidance and support regarding unresolved concerns surrounding my comprehensive examination process. I have recently communicated these issues in detail with my department, and I've attached the formal letter and follow-up correspondence for your review.

While I am committed to academic success and have taken steps to move forward, I remain concerned about specific procedural aspects of my previous attempt that, in my view, were not adequately addressed. These concerns directly affect my ability to approach the upcoming retake with clarity and confidence.

Given the stakes involved—including potential implications for my academic standing and funding—I am seeking insight from all appropriate university offices to ensure that my retake proceeds with the transparency, fairness, and safeguards expected under university policies.

I would sincerely appreciate any guidance you can provide on possible next steps or university resources available in this matter.

Thank you very much for your time and consideration.

Warm regards,
Alfred

--

Alfred Eriakha
PhD Student
Department of Pharmacy Administration
The University of Mississippi
oeriakha@go.olemiss.edu
+1-662-380-0924

---

**2 attachments**

- 📄 Email_Thread_Chair.pdf
  353K

- 📄 Request_For_Safeguards_04_27_25.pdf
  240K

---

**Annette Kluck** <askluck@olemiss.edu>  Mon, May 12, 2025 at 9:08 AM
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>

Hi Alfred,

I am looking into your request. The Provost also notified me that you had emailed him and asked me to respond to you. It may take a little time for me to get back to you.

Case: 3:25-cv-00226-MPM-JMV Doc #: 9-3 Filed: 08/29/25 2 of 3 PageID #: 243

7/3/25, 7:38 AM  University of Mississippi Mail - Request for Support and Guidance Regarding Comprehensive Examination Concerns

Best,

**Annette S. Kluck, Ph.D. (she/her)**

Dean of the Graduate School

Professor, Leadership and Counselor Education

GRADUATE SCHOOL

The University of Mississippi

P.O. Box 1848

University, MS 38677-1848

USA

O: 662-915-7474  F:662-915-6557

askluck@olemiss.edu


Licensed Psychologist, AL #1533

Associate Editor, Psychology of Women Quarterly

https://journals.sagepub.com/home/pwq

Fellow Status, American Psychological Association, Division 35: Society for the Psychology of Women


Interested in giving to the Graduate School at The University of Mississippi? Please visit https://nowandever.olemiss.edu/schools-and-units/the-graduate-school/.

[Quoted text hidden]

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>  Mon, May 12, 2025 at 10:09 AM
To: Eriakha Ehiremen Bennard <eriakhabernard@gmail.com>

[Quoted text hidden]

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>  Mon, May 12, 2025 at 10:27 AM
To: Annette Kluck <askluck@olemiss.edu>

Hi Dr. Kluck,

Thank you very much for your response and for taking the time to review my concerns and requests. Please let me know if I can provide any additional information or documentation to assist in your review.

Best regards,
Alfred
[Quoted text hidden]

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>  Tue, May 27, 2025 at 4:47 AM
To: Annette Kluck <askluck@olemiss.edu>

Case: 3:25-cv-00226-MPM-JMV Doc #: 9-3 Filed: 08/29/25 3 of 3 PageID #: 244

7/3/25, 7:38 AM    University of Mississippi Mail - Request for Support and Guidance Regarding Comprehensive Examination Concerns

Hi Dr. Kluck,

Good morning. I hope this email finds you well. I wanted to follow up on your earlier email, in which you mentioned looking into my request.

If there is any additional information I can provide to support your review, please let me know. I sincerely appreciate your time and consideration.

Best regards,
Alfred

[Quoted text hidden]

---

**Annette Kluck** <askluck@olemiss.edu>                                                                           Tue, May 27, 2025 at 2:17 PM
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>

Hi Alfred,

I have not forgotten your request and I am still gathering some information from relevant offices.

Best,

**Annette S. Kluck, Ph.D. (she/her)**

Dean of the Graduate School

Professor, Leadership and Counselor Education

GRADUATE SCHOOL

The University of Mississippi

P.O. Box 1848

University, MS 38677-1848

USA

O: 662-915-7474   F:662-915-6557

askluck@olemiss.edu


Licensed Psychologist, AL #1533

Associate Editor, Psychology of Women Quarterly

https://journals.sagepub.com/home/pwq


[Quoted text hidden]