

*[Handwritten:]* EXHIBIT D – Escalation to Provost Regarding Accommodation and Procedural Concern

**Request for Support Regarding Comprehensive Examination Concerns**
4 messages

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>  Fri, May 9, 2025 at 11:14 AM
To: "Noel E. Wilkin" <nwilkin@olemiss.edu>
Cc: Victoria Hughes <vhughes@olemiss.edu>

Dear Dr. Wilkin,

Good morning. I hope this email finds you well.

I am writing to respectfully request your guidance and support regarding unresolved concerns related to the administration and outcome of my comprehensive examination. I have communicated these concerns formally to my department and have attached both the letter I submitted and the follow-up correspondence with my department's chair for your review.

While I remain committed to my academic success and have moved forward in good faith, I continue to have serious concerns about specific procedural issues that affected my previous attempt and may remain unaddressed in the upcoming retake. These include matters of policy implementation, examiner alignment, question clarity, and overall procedural fairness.

Given the significant implications this exam has for my academic progress and graduate assistantship funding, I am seeking support from appropriate university offices to ensure that the examination process going forward is conducted in a fair, transparent, and policy-aligned manner.

I would be sincerely grateful for any insight or guidance you may be able to provide, or for direction to the appropriate avenues through which this matter can be further addressed.

Thank you very much for your time and thoughtful consideration.

Warm regards,
Alfred

---

Alfred Eriakha
PhD Student
Department of Pharmacy Administration
The University of Mississippi
oeriakha@go.olemiss.edu
+1-662-380-0924

---

**2 attachments**

- 📄 **Request_For_Safeguards_04_27_25.pdf** 240K
- 📄 **Email_Thread_Chair.pdf** 353K

---

**Noel E Wilkin** <nwilkin@olemiss.edu>  Mon, May 12, 2025 at 9:37 PM
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>
Cc: Victoria Hughes <vhughes@olemiss.edu>, Annette Kluck <askluck@olemiss.edu>, Donna Sue West Strum <dswest@olemiss.edu>, Yi Yang <yiyang@olemiss.edu>

Hi Alfred,

Thank you for your email. Please know that the faculty within your academic program have the authority and expertise to draft a comprehensive exam, passage of which can be required for progression.

The attached UM policy on comprehensive examinations states, "The determination of fitness for a particular degree rests solely upon the judgment of the graduate faculty."

The only individuals who can implement changes to the examination format and question would be the faculty members charged by the department to draft the examination. As a result, I encourage you to submit your requests to the appropriate faculty members and department chair.

That same comprehensive examination policy outlines the procedure required to appeal failure on a comprehensive examination, and the allowable grounds for appeal.

If dismissal from a program is recommended as a result of comprehensive examination failure, the department would be expected to follow the procedure outlined in the Policy on the Dismissal or Change in Status of Graduate Students, which is also attached.

Note that both of these policies outline the role of various individuals and offices. As a result, I would not have a role in the drafting of a comprehensive examination or the examination format.

I hope that this is helpful. Should you choose to retake the examination, as offered by the department in alignment with their policy, it is my hope that you do well.

Sincerely,

Noel

**Noel E. Wilkin, Ph.D.**

Provost & Executive Vice Chancellor for Academic Affairs, Professor, and Research Professor

The University of Mississippi

Office of the Provost

137 Lyceum Circle

P.O. Box 1848

University, MS 38677-1848

U.S.A.

+1-662-915-5317

7/3/25, 7:41 AM       University of Mississippi Mail - Request for Support Regarding Comprehensive Examination Concerns

nwilkin@olemiss.edu | www.olemiss.edu

[Quoted text hidden]

**2 attachments**

 **UM Graduate Student Policy.pdf**
323K

 **UM Comprehensive Examination Appeal.pdf**
40K

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>                              Tue, May 13, 2025 at 7:18 AM
To: Noel E Wilkin <nwilkin@olemiss.edu>
Cc: Victoria Hughes <vhughes@olemiss.edu>, Annette Kluck <askluck@olemiss.edu>, Donna Sue West Strum <dswest@olemiss.edu>, Yi Yang <yiyang@olemiss.edu>

7/3/25, 7:41 AM    University of Mississippi Mail - Request for Support Regarding Comprehensive Examination Concerns

Hi Dr. Wilkin,

Thank you very much for your response and for clarifying the university's policy regarding comprehensive examinations.

To clarify, my concern is not with the faculty's authority to design or evaluate the comprehensive examination itself.

Rather, my concerns center on what I believe are significant departures from established departmental policies, denial of disability-related accommodations, and recent actions by my academic department which I perceive as coercive and retaliatory.

Specifically:

- I requested asynchronous remediation meetings due to documented mental health conditions; my department chair denied this without policy justification (I have attached the relevant email documentation below).
- I had initiated a formal accommodation request through Student Disability Services and was in the process of submitting full medical documentation.
- On faculty urging, I halted the accommodation request and participated in synchronous meetings despite the significant psychological impact.
- I formally raised and documented concerns about the department's failure to follow its own written policies (I have attached the relevant documentation below).
- These concerns were not acknowledged or addressed.
- I am now being pressured to proceed under the same procedural conditions which contributed materially to the prior outcome.

I am currently working actively with the Office of Equal Opportunity and Regulatory Compliance and Student Disability Services to explore internal institutional solutions. Additionally, I am seeking external advice regarding my rights—not to generate conflict, but to ensure that my academic standing, funding, and well-being are appropriately protected.

I understand that you may not have direct authority over departmental decisions, but I wanted to ensure you were fully aware of the broader context, particularly as it involves potential violations of university policy and my rights as a student.

I remain fully committed to addressing these concerns constructively and collaboratively within the university. I would greatly appreciate any further guidance you might provide regarding appropriate next steps.

Thank you once again for your time and consideration.

Warm regards,
Alfred
[Quoted text hidden]

---

**2 attachments**

📄 **Email Thread - Department's Chair.pdf**
446K

📄 **Request_For_Safeguards_04_27_25.pdf**
240K

---

**postmaster@olemiss.onmicrosoft.com** <postmaster@olemiss.onmicrosoft.com>    Tue, May 13, 2025 at 7:19 AM
To: oerlakha@go.olemiss.edu

## Delivery has failed to these recipients or groups:

Victoria Hughes (vhughes@olemiss.edu)

**The recipient's mailbox is full and can't accept messages now. Please try resending your message later, or contact the recipient directly.**