Case: 3:25-cv-00226-MPM-JMV Doc #: 9-5 Filed: 08/29/25 1 of 6 PageID #: 249

7/3/25, 7:38 AM     University of Mississippi Mail - Request for Support and Guidance Regarding Comprehensive Examination Concerns

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>      Tue, May 27, 2025 at 2:47 PM
To: Annette Kluck <askluck@olemiss.edu>

Hi Dr. Kluck,

Thank you very much for the update. I appreciate your time.

Best regards,
Alfred
[Quoted text hidden]

*[Handwritten annotation: EXHIBIT E — Dean Kluck's Response Affirming Department's Conduct]*

---

**Annette Kluck** <askluck@olemiss.edu>      Mon, Jun 2, 2025 at 12:59 PM
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>
Cc: Noel E Wilkin <nwilkin@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, Yi Yang <yiyang@olemiss.edu>

Dear Alfred,

I have reviewed the request for safeguards during the comprehensive exam process that you sent on May 9th and correspondence with the Provost on May 12th and 13th. I consulted with relevant offices and spoke with the Chair and the Graduate Program Coordinator in Pharmacy Administration. I appreciate your investment to ensure a fair, valid, and reasonable process for the evaluation of students' mastery of their field.

You expressed an expectation for the individuals who write the questions to be familiar with your interests. The department uses a process through which those faculty have the opportunity to provide input about all comps questions and that was the case with your first attempt. It will be the case with your second attempt as well. Thus, if the faculty members who are most familiar with your interest believe that a question requires modification to align with areas of interest, those faculty members can recommend modifications as they see fit.

Beyond the review and input from faculty most familiar with your work, multiple faculty members in the department review the exam questions. Thus, the program has an existing review process to finalize the questions prior to distributing them to a student.

I encourage you to review the institutional policy related to the comprehensive exam for the doctoral degree, described in the Catalog, in addition to program policies. The link to the catalog appears at the end of this message. Please note that the institution policy states, "The purpose of this examination is to establish that the student has satisfactorily mastered the body of academic material appropriate to the degree." The faculty within the field are deemed to have the expertise to determine what falls within the body of academic material appropriate to the degree. This includes knowledge of different methodologies used within a field. Due to the purpose of the exam, it is not atypical for a student to be expected to demonstrate knowledge of the broad range of methodologies within a field even if they do not employ those methodologies themselves—this is what is meant by the body of knowledge.

The institutional policy also states, "Though academic programs have broad latitude in the design of the comprehensive examinations, the following guidelines should be followed." Those guidelines do not require the presence of an independent observer during the oral exam. Thus, the program should follow its policies which do not allow the presence of individuals other than the student completing the oral exam and the faculty conducting the examination.

You also requested for the exam questions to be piloted with other graduate students. I do not find this to be an appropriate process as it risks the integrity of the exam.

When I met with the Department Chair and Graduate Program Coordinator, they informed me that you have met with program faculty to attain feedback. I believe this strategy is the appropriate way to approach the re-examination.

Case: 3:25-cv-00226-MPM-JMV Doc #: 9-5 Filed: 08/29/25 2 of 6 PageID #: 250

7/3/25, 7:38 AM		University of Mississippi Mail - Request for Support and Guidance Regarding Comprehensive Examination Concerns

Your request also raised a concern about whether the questions on the second attempt to complete the comprehensive exam will be the same as or different from the first. The Graduate Program Coordinator is the appropriate person to advise you as to whether the questions will be new or repeat previous questions you received. The Graduate Program Coordinator shall also ensure that the questions given are consistent with the information they provide.

In your email to the Provost, you raised concerns about accommodations. You noted the correct offices involved in approving such accommodations and ensuring that they are followed.

All students and employees have the right to pursue the process of attaining accommodations. For accommodations related to your role as a student (which includes the comprehensive exam process), please reach out to Student Disability Services to ensure they notify the relevant faculty of approved accommodations (if any). For those related to your role as a graduate assistant (should that be relevant), you would contact the Equal Opportunity and Regulatory Compliance Office and they would make notification to the hiring unit of any approved accommodations. The office that approves an accommodation is also the office involved in ensuring compliance with approved accommodations should concerns arise. The institution and its faculty are only obligated to follow accommodations of which they are notified through the official channels.

I wish you the best with the exam process as you move forward. If I can be of additional assistance, please feel free to contact me.

Catalog Reference:    https://catalog.olemiss.edu/graduate-school/academics/doctoral.pdf

Sincerely,

[Quoted text hidden]

📎 **Review of Request for Safeguards for Comprehensive Exam 6.2.2025.pdf**
152K

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>		Tue, Jun 3, 2025 at 8:31 AM
To: Annette Kluck <askluck@olemiss.edu>
Cc: Noel E Wilkin <nwilkin@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, Yi Yang <yiyang@olemiss.edu>

Dear Dr. Kluck,

Thank you for your thoughtful response and for taking the time to review the procedural concerns I raised regarding the administration of the comprehensive examination. I remain sincerely appreciative of your careful attention and transparency throughout this process.

I would like to respectfully clarify and formally respond to several key points:

### 1. Assignment of Exam Question Development

In your response, you expressed that during my first examination attempt, the department employed a process in which faculty members familiar with my research interests served in a consultative or review capacity rather than as developers of the examination questions. You further noted that this same process will apply to the second attempt. Respectfully, this process is inconsistent with the department's stated policy, which clearly states:

*"The exam will be **developed** by a committee of three faculty members familiar with the student's research interests."*

Relegating familiar faculty to a post hoc review role represents a procedural deviation from this policy. As documented previously, the absence of this safeguard in my first attempt led to a sequence of events that materially influenced the outcome.

## 2. Misrepresentation of Policy and Safeguards

I must also respectfully note that, during a previous meeting, the Department Chair explicitly questioned the necessity of this policy safeguard—stating that it could be removed on the grounds that *"every faculty member is equally familiar with every student's research interests."* This position undermines the purpose of the policy, risks procedural ambiguity, and potentially nullifies the safeguard explicitly established by the department's own guidelines to ensure the relevance and appropriateness of examination content.

## 3. Second Attempt: Nature of Questions

With regard to the nature of the second examination, I appreciate your comments. The Department Chair previously confirmed in writing that the retake will involve a new set of questions. I trust that the Graduate Program Coordinator will ensure alignment and consistency between communicated expectations and administered exam content. In addition, the Department Chair has expressed a willingness to grant my request for a September retake, which would allow time for appropriate preparation, should the procedural concerns be meaningfully addressed.

## 4. Right to Accommodation

I am also grateful for your affirmation of my right to pursue formal accommodations. While this right was never explicitly acknowledged by the department during prior interactions, I had initiated the process on the basis of medical concerns but halted it upon faculty urging. With your clarification, I intend to resume this process through Student Disability Services in accordance with institutional procedures.

In conclusion, I remain committed to engaging in the comprehensive examination process in good faith and with full respect for its academic rigor. My intent throughout has been to ensure that the examination is administered in accordance with established policy and that appropriate safeguards are meaningfully upheld.

I appreciate your continued attention to these matters and your commitment to supporting procedural fairness.

Best regards,
Alfred
[Quoted text hidden]

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>
To: Eriakha Ehiremen Bennard <eriakhabernard@gmail.com>

Thu, Jun 19, 2025 at 9:16 AM

[Quoted text hidden]

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>
To: Annette Kluck <askluck@olemiss.edu>
Cc: Noel E Wilkin <nwilkin@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, Yi Yang <yiyang@olemiss.edu>

Wed, Jun 25, 2025 at 4:27 AM

Hi Dr. Kluck,

I hope this email finds you well. I'm writing to follow up on my June 3 email regarding unaddressed concerns about deviations from departmental policy in my upcoming comprehensive exam.

Resolution of this matter is essential for progressing in the program, including meeting with my developmental mentor and completing the Abilities Transcript recently requested by the Graduate Program Coordinator (copied here). As noted in your earlier response, the department intends to follow the same process used during my first attempt—a process that is inconsistent with the department's stated policy and one that materially affected the prior outcome.

As outlined in the department's policy on the Abilities Transcript, completion of the form requires a developmental mentoring meeting and thoughtful reflection on one's goals and academic trajectory. Several sections—particularly those addressing future goals and objectives—require a clear and informed plan for progression, which in my case includes preparation for the comprehensive exam. Until this matter is resolved, I am unable to begin preparation for the comprehensive examination or complete the form in a way that accurately reflects my academic standing or next steps.

I would sincerely appreciate your guidance on how best to proceed.

Case: 3:25-cv-00226-MPM-JMV Doc #: 9-5 Filed: 08/29/25 4 of 6 PageID #: 252

7/3/25, 7:38 AM — University of Mississippi Mail - Request for Support and Guidance Regarding Comprehensive Examination Concerns

Thank you again for your time and continued support.

Best regards,
Alfred
[Quoted text hidden]

---

**Annette Kluck** <askluck@olemiss.edu>   Wed, Jun 25, 2025 at 10:05 AM
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>
Cc: Noel E Wilkin <nwilkin@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>, Yi Yang <yiyang@olemiss.edu>

Hi Alfred,

In your email responding to my decision, I did not see any follow up questions. My conclusions stand.

I encourage you to follow the program requirements and submit the Abilities Transcript as required.

[Quoted text hidden]



# Graduate School

June 2, 2025
Omokhodion (Alfred) Eriakha
Student #: 10859637

Dear Alfred,

I have reviewed the request for safeguards during the comprehensive exam process that you sent on May 9th and correspondence with the Provost on May 12th and 13th. I consulted with relevant offices and spoke with the Chair and the Graduate Program Coordinator in Pharmacy Administration. I appreciate your investment to ensure a fair, valid, and reasonable process for the evaluation of students' mastery of their field.

You expressed an expectation for the individuals who write the questions to be familiar with your interests. The department uses a process through which those faculty have the opportunity to provide input about all comps questions and that was the case with your first attempt. It will be the case with your second attempt as well. Thus, if the faculty members who are most familiar with your interest believe that a question requires modification to align with areas of interest, those faculty members can recommend modifications as they see fit.

Beyond the review and input from faculty most familiar with your work, multiple faculty members in the department review the exam questions. Thus, the program has an existing review process to finalize the questions prior to distributing them to a student.

I encourage you to review the institutional policy related to the comprehensive exam for the doctoral degree, described in the Catalog, in addition to program policies. Please note that the institution policy states, "The purpose of this examination is to establish that the student has satisfactorily mastered the body of academic material appropriate to the degree." The faculty within the field are deemed to have the expertise to determine what falls within the body of academic material appropriate to the degree. This includes knowledge of different methodologies used within a field. Due to the purpose of the exam, it is not atypical for a student to be expected to demonstrate knowledge of the broad range of methodologies within a field even if they do not employ those methodologies themselves—this is what is meant by the body of knowledge.

The institutional policy also states, "Though academic programs have broad latitude in the design of the comprehensive examinations, the following guidelines should be followed." Those guidelines do not require the presence of an independent observer during the oral exam. Thus, the program should follow its policies which do not allow the presence of individuals other than the student completing the oral exam and the faculty conducting the examination.

You also requested for the exam questions to be piloted with other graduate students. I do not find this to be an appropriate process as it risks the integrity of the exam.

When I met with the Department Chair and Graduate Program Coordinator, they informed me that you have met with program faculty to attain feedback. I believe this strategy is the appropriate way to approach the re-examination.

GRADUATE SCHOOL

P.O. Box 1848 | University, MS 38677-1848 | (662) 915-7474 | Fax (662) 915-6557 | www.olemiss.edu | gradschool.olemiss.edu



**Graduate School**

Your request also raised a concern about whether the questions on the second attempt to complete the comprehensive exam will be the same as or different from the first. The Graduate Program Coordinator is the appropriate person to advise you as to whether the questions will be new or repeat previous questions you received. The Graduate Program Coordinator shall also ensure that the questions given are consistent with the information they provide.

In your email to the Provost, you raised concerns about accommodations. You noted the correct offices involved in approving such accommodations and ensuring that they are followed.

All students and employees have the right to pursue the process of attaining accommodations. For accommodations related to your role as a student (which includes the comprehensive exam process), please reach out to Student Disability Services to ensure they notify the relevant faculty of approved accommodations (if any). For those related to your role as a graduate assistant (should that be relevant), you would contact the Equal Opportunity and Regulatory Compliance Office and they would make notification to the hiring unit of any approved accommodations. The office that approves an accommodation is also the office involved in ensuring compliance with approved accommodations should concerns arise. The institution and its faculty are only obligated to follow accommodations of which they are notified through the official channels.

I wish you the best with the exam process as you move forward. If I can be of additional assistance, please feel free to contact me.

Sincerely,

Annette S. Kluck, Ph.D.
Dean of the Graduate School
Professor, Leadership & Counselor Education
askluck@olemiss.edu

Catalog Reference: https://catalog.olemiss.edu/graduate-school/academics/doctoral.pdf

CC: Yi Yang, Ph.D.
Marie Barnard, Ph.D.
Noel Wilkins, Ph.D.