*EXHIBIT F — Email from Chair Regarding Assisstantship Non-Renewal*

**THE UNIVERSITY OF MISSISSIPPI**

Omokhodion Eriakha <oeriakha@go.olemiss.edu>

---

## Notice of Non-Renewal of Graduate Research Assistantship
2 messages

---

**Yi Yang** <yiyang@olemiss.edu>  Mon, Jun 30, 2025 at 2:11 PM
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>

Hi Alfred,

At our faculty meeting last week, the department faculty has decided not to recommend you to be reappointed as a graduate research assistant (RA). As a result, your RA funding will end on **August 15, 2025**. Please see the attached memo.

Best regards,
Yi

Yi Yang, MD, PhD
Chair and Professor, Department of Pharmacy Administration
Research Professor, Research Institute of Pharmaceutical Sciences
The University of Mississippi School of Pharmacy
(662) 915 1062
yiyang@olemiss.edu
225 Faser Hall
University, MS 38677

📄 **2025 06 30_Alfred Eriakha Memo - Funding.pdf**
79K

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>  Mon, Jun 30, 2025 at 2:20 PM
To: Eriakha Ehiremen Bennard <eriakhabernard@gmail.com>

Alfred Eriakha
PhD Student
Department of Pharmacy Administration
The University of Mississippi
oeriakha@go.olemiss.edu
+1-662-380-0924
[Quoted text hidden]

📄 **2025 06 30_Alfred Eriakha Memo - Funding.pdf**
79K

7/20/25, 12:08 PM  University of Mississippi Mail - Notice of Disciplinary Recommendation for Disruption of Thesis Defense



Omokhodion Eriakha <oeriakha@go.olemiss.edu>

## Notice of Disciplinary Recommendation for Disruption of Thesis Defense
3 messages



**Erin Renee Holmes** <erholmes@olemiss.edu>  Mon, Jun 30, 2025 at 2:00 PM
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>
Cc: Yi Yang <yiyang@olemiss.edu>, Meagen Marie Rosenthal <mmrosent@olemiss.edu>, Marie Barnard <mbarnard@olemiss.edu>

Alfred,

Please find attached a memo that regarding behavior during Ivy's thesis defense on June 25, 2025.

Dr.. Holmes

*Erin R. Holmes, PharmD, PhD*
*Professor of Pharmacy Administration*
*University of Mississippi School of Pharmacy*
*Make an Appointment*

📄 **Alfred Eriakha Memo.docx**
22K



**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>  Mon, Jun 30, 2025 at 2:05 PM
To: Eriakha Ehiremen Bennard <eriakhabernard@gmail.com>

Alfred Eriakha
PhD Student
Department of Pharmacy Administration
The University of Mississippi
oeriakha@go.olemiss.edu
+1-662-380-0924
[Quoted text hidden]

📄 **Alfred Eriakha Memo.docx**
22K

**Yi Yang** <yiyang@olemiss.edu>  Mon, Jun 30, 2025 at 2:27 PM
To: Annette Kluck <askluck@olemiss.edu>
Cc: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>

Good afternoon, Dean Kluck,

Please see the email below and the attached memo from three members of our faculty regarding disciplinary recommendation against Alfred Eriakha for disruption of thesis defense. I support and concur with the faculty members' recommendation.

Please let me know if you have any questions.

Case: 3:25-cv-00226-MPM-JMV Doc #: 9-6 Filed: 08/29/25 3 of 3 PageID #: 257

7/20/25, 12:08 PM    University of Mississippi Mail - Notice of Disciplinary Recommendation for Disruption of Thesis Defense

Thanks, Yi

Yi Yang, MD, PhD

Chair and Professor

Department of Pharmacy Administration

(662) 915 1062

225 Faser Hall

---

**From:** Erin Renee Holmes <erholmes@olemiss.edu>
**Sent:** Monday, June 30, 2025 2:00 PM
**To:** oeriakha@go.olemiss.edu <oeriakha@go.olemiss.edu>
**Cc:** Yi Yang <yiyang@olemiss.edu>; Meagen Marie Rosenthal <mmrosent@olemiss.edu>; Marie Barnard <mbarnard@olemiss.edu>
**Subject:** Notice of Disciplinary Recommendation for Disruption of Thesis Defense

[Quoted text hidden]

📎 **Alfred Eriakha Memo.docx**
22K