Exhibit H — Memorandum Alleging Disruption of Thesis Defense

---

**Interoffice Memorandum**
**Department of Pharmacy Administration**
**University of Mississippi**
**University, MS 38677**

---

**TO:** Omokhodion (Alfred) Eriakha (Student Number 10859637)

**CC:** Yi Yang, Chair and Professor

**FROM:** Erin Holmes; Marie Barnard; Meagen Rosenthal

**DATE:** June 30, 2025

**SUBJECT:** Notice of Disciplinary Recommendation for Disruption of Thesis Defense

This memo serves as a formal notification, following the disruption of a fellow graduate student's thesis defense question and answer session on Wednesday June 25, 2025, that the thesis committee is recommending you be placed on academic probation.

The disruption was found to be in violation with Section 1 of the University of Mississippi *M Book*, specifically regarding behaving in a collegial manner and adhering to the professional and ethical standards of the discipline (See below for the relevant excerpt from the M Book).

> ***Dismissal or Change in Status Based Upon Failure to Meet Professional, Ethical, And Behavioral Expectations:*** *Graduate students are also expected to behave in a collegial manner and to adhere to the professional and ethical standards of the discipline. Students are expected to develop collaborative and collegial relationships with and to work with graduate faculty, students, and other professionals in research, academic, or professional settings. If in the judgment of the appropriate faculty group a student fails to meet the above expectations, or otherwise fails to act in ways that are consistent with the norms and standards of the profession or discipline, an appropriate faculty group may recommend dismissal or change in the admission status of that graduate student. This recommendation shall be forwarded by the graduate program coordinator or department chair to the Graduate Dean and to the affected student, with an indication whether the chair or program coordinator concurs with the faculty recommendation. The Graduate Dean will act on the faculty recommendation and inform the student and the graduate program coordinator or department chair of the action taken. Ordinarily, if a student is dismissed from a graduate program for the above reasons, he or she will be considered a non-degree II student and may re-apply to a graduate program. The judgment of the Graduate Dean may be to prohibit the individual from re-applying to some programs.*

Such actions not only undermine the integrity of the academic process but also negatively impact your peers and the broader scholarly community.

We will be initiating an academic discipline case recommending that you be placed on probation for the Fall 2025 semester.

You will be notified of any additional steps or conditions associated with the probation. You are also entitled to respond to this recommendation and may request a meeting to discuss the matter further.