**EXHIBIT I — Funding Termination Notification (Graduate Research Assisstantship)**

---

Interoffice Memorandum
Department of Pharmacy Administration
University of Mississippi
University, MS 38677

---

**TO:** Omokhodion (Alfred) Eriakha (Student Number 10859637)

**CC:** Marie Barnard, Associate Professor and Graduate Program Coordinator
John Bentley, Professor

**FROM:** Yi Yang, Chair and Professor

**DATE:** June 30, 2025

**SUBJECT:** Notice of Non-Renewal of Graduate Research Assistantship

This memo serves as formal notification that your appointment as a Graduate Research Assistant (RA) will not be renewed for the 2025–2026 academic year.

In accordance with Departmental Policies and Procedures Guide, it is important to note that **reappointment for subsequent academic years is not automatic.** As stated in our guidelines:

"Reappointment is contingent upon availability of funds, satisfactory academic progression by the student, satisfactory involvement and performance in research and teaching activities, program needs, and recommendation by the Department Faculty."

After careful consideration, the Department Faculty has decided not to recommend your reappointment. As a result, your RA funding will end on **August 15, 2025.**

If you have any questions or would like to schedule a meeting to discuss this matter further, please feel free to contact me directly.