EXHIBIT J — Threat of Provisional Status based on Abilities Transcript

---

**Interoffice Memorandum**
**Department of Pharmacy Administration**
**University of Mississippi**

---

**TO:** Omokhodion (Alfred) Eriakha (Student Number 10859637)

**CC:** Yi Yang, Chair

**FROM:** Marie Barnard, Graduate Program Coordinator

**DATE:** June 30, 2025

**SUBJECT:** Warning and Remediation Plan to Address Failure to Meet a Non-Course Work Academic Performance Expectation

This memo serves as a formal warning that you have failed to meet a non-course work academic performance expectation, specifically, the required annual submission of the Abilities Transcript (AT). The required annual submission of the AT is made clear in the Department of Pharmacy Administration Policies and Procedures Guide. The AT is utilized by the department faculty as part of the annual review of graduate students. You received multiple email notifications requesting that you submit your AT. As of June 30, 2025, you have still not submitted your AT.

In order to remediate this issue, you must meet with your development mentor and submit your updated Abilities Transcript to the department chair by August 15, 2025. Failure to do so will result in a recommendation to the Graduate Dean that you have a change of status to provisional status.