

**The University of Mississippi**
Oxford • Jackson • Tupelo • Southaven
Office of Admission and Records
104 Martindale
Post Office Box 1848
University, MS 38677

EXHIBIT K — Official Academic Discipline Notification Issued by University

July 01, 2025

Mr. Omokhodion Eriakha
OLOSUN ESTATE
Abeokuta, OG  23401

Dear Mr. Eriakha:

The Provost has advised me to notify you by way of this letter that Dr. Erin Holmes has recommended the following sanction(s) against you:

Probation

You have the right to appeal this sanction within fourteen days from the date of this letter. You may appeal this case to the Academic Discipline Committee by visiting the following website, my.olemiss.edu. You will need your Web ID and password to access this site. You will then select Academic Discipline under the main workset of your student account. Your case number is 000021828145.

You can obtain a copy of the University of Mississippi's academic discipline policy and procedures at the following site: https://policies.olemiss.edu/ShowDetails.jsp?istatPara=1&policyObjidPara=10817696

If you have any questions, you may call me at 662-915-7792.

Sincerely,

Danielle Ambrose
Registrar