7/23/25, 7:20 AM  University of Mississippi Mail - Abilities Transcript notice



*EXHIBIT P — Email Thread on Abilities Transcript with Graduate Program Coordinator, Chair Omokhodion Eriakha <oeriakha@go.olemiss.edu> and Dean of Graduate School*

## Abilities Transcript notice
8 messages

---

**Marie Barnard** <mbarnard@olemiss.edu>  Mon, Jun 30, 2025 at 2:00 PM
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>
Cc: Yi Yang <yiyang@olemiss.edu>

Dear Alfred,

Your Abilities Transcript has not been submitted by the deadline. Please see that attached memo regarding this deficiency and required remediation.

Thank you,
mb

**Marie Barnard, Ph.D.**
*Associate Professor of Pharmacy Administration*
*Research Associate Professor in the Research Institute of Pharmaceutical Sciences*
*Associate Professor of Public Health*
*Graduate Program Coordinator, Pharmacy Administration*
**Department of Pharmacy Administration**
**University of Mississippi**
mbarnard@olemiss.edu | www.olemiss.edu

 **Alfred Eriakha Memo RE ABT June 30 2025.pdf**
93K

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>  Mon, Jun 30, 2025 at 2:06 PM
To: Eriakha Ehiremen Bennard <eriakhabernard@gmail.com>

**Alfred Eriakha**
PhD Student
Department of Pharmacy Administration
The University of Mississippi
oeriakha@go.olemiss.edu
+1-662-380-0924
[Quoted text hidden]

 **Alfred Eriakha Memo RE ABT June 30 2025.pdf**
93K

---

**Yi Yang** <yiyang@olemiss.edu>  Fri, Jul 18, 2025 at 5:48 PM
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>

Dear Alfred,

I am writing to follow up regarding the submission of your Abilities Transcript (AT). As of today, we have not yet received your AT.

We understand that you may have concerns regarding the AT process. However, please be advised that annual submission of the AT is a mandatory requirement for all students in our program. To ensure compliance with program requirements, please contact your Development Mentor, Dr. John Bentley (copied on this email), to schedule a meeting, complete, and submit your AT by **August 15, 2025**. Please be aware that failure to do so will result in a formal recommendation to the Graduate Dean for a change of your status to provisional status.

Please let me know if you have any questions.

Thanks, Yi

Yi Yang, MD, PhD

Chair and Professor

Department of Pharmacy Administration

(662) 915 1062

225 Faser Hall

**From:** Marie Barnard <mbarnard@olemiss.edu>
**Sent:** Monday, June 30, 2025 2:00 PM
**To:** oeriakha@go.olemiss.edu
**Cc:** Yi Yang <yiyang@olemiss.edu>
**Subject:** Abilities Transcript notice

[Quoted text hidden]

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>                                                    Sat, Jul 19, 2025 at 3:45 PM
To: Eriakha Ehiremen Bennard <eriakhabernard@gmail.com>

---------- Forwarded message ----------
From: **Yi Yang** <yiyang@olemiss.edu>
Date: Fri, Jul 18, 2025 at 5:48 PM
Subject: RE: Abilities Transcript notice
To: oeriakha@go.olemiss.edu <oeriakha@go.olemiss.edu>
[Quoted text hidden]
[Quoted text hidden]

--
[Quoted text hidden]

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>                                                    Sat, Jul 19, 2025 at 4:09 PM
To: Yi Yang <yiyang@olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>, "Noel E. Wilkin" <nwilkin@olemiss.edu>, Jennifer A Simmons <jasimmon@olemiss.edu>, Annette Kluck <askluck@olemiss.edu>, provost

7/23/25, 7:20 AM                                      University of Mississippi Mail - Abilities Transcript notice

<provost@olemiss.edu>, "registrar@olemiss.edu" <registrar@olemiss.edu>, Erin Renee Holmes <erholmes@olemiss.edu>, Meagen Marie Rosenthal <mmrosent@olemiss.edu>

Hi Dr. Yang,

Thank you for your email.

As you are aware, I have contextualized the **June 30 memorandum threatening reclassification to provisional status** within the broader pattern of adverse and potentially retaliatory actions I received that same day. I have outlined these in formal letters sent to university leadership on July 7 and July 15.

While I continue to wait in good faith for a fair and transparent resolution—and in light of the cumulative strain these adverse actions have already imposed on my mental health and well-being—*I respectfully ask that the department discontinue issuing further threats of punitive action while these matters remain under formal review.*

Additionally, I would appreciate clarification on a key procedural issue: given your acknowledgment of specific concerns that have directly prevented my completion of the Abilities Transcript, could you help me understand why those concerns have not yet been addressed?

More specifically, could the department explain why, rather than addressing those concerns, it chose instead to issue multiple disciplinary memoranda on June 30—including **threatened sanctions, labeling language,** and both **recommended** and **actual sanctions**?

For reference, transparency, and continuity, I have reattached the June 30 memoranda along with my formal responses dated July 7 and July 14, which outline these unresolved concerns in detail.

Thank you for your time and attention to this matter.

Sincerely,
Alfred
[Quoted text hidden]
[Quoted text hidden]

---

**6 attachments**

- 📄 **06_30_25 ~ Retaliation (Threats Abilities Transcript_Alfred).pdf**
  93K

- 📄 **07_01_25 ~ Academic Discipline Letter.pdf**
  44K

- 📄 **06_30_25 ~ Retaliation (Funding Termination).pdf**
  79K

- 📄 **06_30_25 ~ Retaliation (False Accusation).pdf**
  177K

- 📄 **07_07_25 ~ Rebuttal False Accusatory Memorandum.pdf**
  279K

- 📄 **07_15_25 ~ Response Retaliation_Assistantship Non-Renewal.pdf**
  347K

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>                                          Sat, Jul 19, 2025 at 4:09 PM
To: Eriakha Ehiremen Bennard <eriakhabernard@gmail.com>

[Quoted text hidden]

---

**6 attachments**

- 📄 **06_30_25 ~ Retaliation (Threats Abilities Transcript_Alfred).pdf**
  93K

- 📄 **07_01_25 ~ Academic Discipline Letter.pdf**
  44K

📄 **06_30_25 ~ Retaliation (Funding Termination).pdf**
79K

📄 **06_30_25 ~ Retaliation (False Accusation).pdf**
177K

📄 **07_07_25 ~ Rebuttal False Accusatory Memorandum.pdf**
279K

📄 **07_15_25 ~ Response Retaliation_Assistantship Non-Renewal.pdf**
347K

---

**Annette Kluck** <askluck@olemiss.edu>                                      Tue, Jul 22, 2025 at 4:35 PM
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>, Yi Yang <yiyang@olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>, Noel E Wilkin <nwilkin@olemiss.edu>, Jennifer A Simmons <jasimmon@olemiss.edu>, provost <provost@olemiss.edu>, "registrar@olemiss.edu" <registrar@olemiss.edu>, Erin Renee Holmes <erholmes@olemiss.edu>, Meagen Marie Rosenthal <mmrosent@olemiss.edu>

Hi Alfred,

I know that Dr. Simmons followed up with you about the academic misconduct process.

I am writing to ensure that you understand that any pending concerns you have do not negate the need to submit the Abilities Transcript by the program's specified deadline.

In addition, you raised concerns about retaliation in your email below. The Office of Equal Opportunity and Regulatory Compliance is the office that handles concerns about retaliation. Their contact information can be found at https://olemiss.edu/eorc/.

Best,

**Annette S. Kluck, Ph.D. (she/her)**

Dean of the Graduate School

Professor, Leadership and Counselor Education

GRADUATE SCHOOL

The University of Mississippi

P.O. Box 1848

University, MS 38677-1848

USA

O: 662-915-7474  F: 662-915-6557

askluck@olemiss.edu


Licensed Psychologist, AL #1533

Associate Editor, Psychology of Women Quarterly

https://journals.sagepub.com/home/pwq

Fellow Status, American Psychological Association, Division 35: Society for the Psychology of Women

Interested in giving to the Graduate School at The University of Mississippi? Please visit https://nowandever.olemiss.edu/schools-and-units/the-graduate-school/.

**From:** Omokhodion Eriakha <oeriakha@go.olemiss.edu>
**Sent:** Saturday, July 19, 2025 4:09 PM
**To:** Yi Yang <yiyang@olemiss.edu>
**Cc:** Marie Barnard <mbarnard@olemiss.edu>; John P Bentley <phjpb@olemiss.edu>; Noel E Wilkin <nwilkin@olemiss.edu>; Jennifer A Simmons <jasimmon@olemiss.edu>; Annette Kluck <askluck@olemiss.edu>; provost <provost@olemiss.edu>; registrar@olemiss.edu; Erin Renee Holmes <erholmes@olemiss.edu>; Meagen Marie Rosenthal <mmrosent@olemiss.edu>
**Subject:** Re: Abilities Transcript notice

Hi Dr. Yang,

[Quoted text hidden]
[Quoted text hidden]

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>  Tue, Jul 22, 2025 at 5:04 PM
To: Eriakha Ehiremen Bennard <eriakhabernard@gmail.com>

---------- Forwarded message ----------
From: **Annette Kluck** <askluck@olemiss.edu>
Date: Tue, Jul 22, 2025 at 4:35 PM
Subject: RE: Abilities Transcript notice
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]