

### THE UNIVERSITY of MISSISSIPPI
OFFICE OF THE REGISTRAR

EXHIBIT R — Official Academic Discipline Letter Issued by University

August 5, 2025

Mr. Omokhodion Eriakha
OLOSUN ESTATE
Abeokuta, OG 23401

Case Number: 000021828145

Dear Mr. Eriakha:

Pursuant to the M-Book procedure in cases involving accusations of academic discipline, you were informed of the following recommended sanction(s) from the University:

- Academic Disciplinary Probation for the duration of the student's enrollment at The University of Mississippi

You had the right to challenge the recommended sanction(s) by appealing in writing to the Chair of the Academic Discipline Committee within 14 days of the recommendation of the sanction(s). However, you did not exercise that right. The recommended sanction (s) have been approved and are now final.

Please feel free to contact me if you have any questions.

Sincerely yours,

Danielle Ambrose
Registrar