2/23/25, 1:18 PM                    University of Mississippi Mail - Comprehensive Exam Appeal

*[Handwritten annotation across top: EXHIBIT Z — Chair's Denial of Request for Deficiency Identification and Accommoda[tion]]*

Hi Dr. Wilkin,

Good morning! Thank you very much for the time and consideration you have given in reviewing the concerns I raised in my appeal.

While the final paragraph of your ruling suggested this wasn't the outcome I might have hoped for, I want to clarify that one of my main goals, as I noted in my appeal to the dean of the graduate school, was to raise awareness and prompt dialogue about these issues. I believe this has been achieved, as my appeal reached your office—the highest level possible. Additionally, I believe this increased awareness may help reduce the likelihood of similar experiences for future students.

Therefore, although the composite outcome was not fully realized, I find satisfaction in knowing that these component goals were met.

Thank you once again for your time and consideration.

Best regards,
Alfred
[Quoted text hidden]
--

**Alfred Eriakha**
PhD Student
Department of Pharmacy Administration
The University of Mississippi
oeriakha@go.olemiss.edu
+1-662-380-0924

---

**Yi Yang** <yiyang@olemiss.edu>
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>

Mon, Nov 4, 2024 at 2:22 PM

Good afternoon, Alfred!

Since you've completed the comprehensive exam appeal process at the University level, what plans do you have moving forward? Please let me know. Thank you!

All best, Yi

Yi Yang, MD, PhD

Chair and Professor

Department of Pharmacy Administration

(662) 915 1062

225 Faser Hall

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>
To: Yi Yang <yiyang@olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>

Mon, Nov 4, 2024 at 2:58 PM

Hi Dr. Yang,

Thank you very much for reaching out. I do not have any additional plans at this time, and my intention is to retake the comprehensive exam during the spring semester.

Thank you again for your support.

Best wishes,
Alfred
[Quoted text hidden]
[Quoted text hidden]

---

**Yi Yang** <yiyang@olemiss.edu>
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>

Mon, Nov 4, 2024 at 4:02 PM

Hi Alfred,

Thank you for letting me know. I will consult with the faculty in the department and let you know when you'll be able to retake your exam.

Thanks, Yi

Yi Yang, MD, PhD

Chair and Professor

Department of Pharmacy Administration

(662) 915 1062

225 Faser Hall

[Quoted text hidden]

---

**Yi Yang** <yiyang@olemiss.edu>
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>

Mon, Nov 11, 2024 at 4:15 PM

Hi Alfred,

According to our Department's Policies and Procedures Guide, the faculty have determined that you will retake the comprehensive examination in January 2025. Please plan accordingly and let me know if you have any questions. I have also copied Dr. Bentley, your dissertation advisor, on this email.

Thanks, Yi

Yi Yang, MD, PhD

Chair and Professor

Department of Pharmacy Administration

(662) 915 1062

2/23/25, 1:18 PM    University of Mississippi Mail - Comprehensive Exam Appeal

225 Faser Hall

**From:** Omokhodion Eriakha <oeriakha@go.olemiss.edu>
**Sent:** Monday, November 4, 2024 2:59 PM
**To:** Yi Yang <yiyang@olemiss.edu>
**Cc:** Marie Barnard <mbarnard@olemiss.edu>
**Subject:** Re: Comprehensive Exam Appeal

Hi Dr. Yang,

[Quoted text hidden]

[Quoted text hidden]

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>
To: Ehiremen Eriakha <eberiakh@go.olemiss.edu>      Mon, Nov 11, 2024 at 4:33 PM

[Quoted text hidden]

---

**John P Bentley** <phjpb@olemiss.edu>
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>      Tue, Nov 12, 2024 at 6:38 AM

Hi Alfred,

Please let me know if you would like to meet and discuss anything.

Best wishes,

John

**From:** Yi Yang <yiyang@olemiss.edu>
**Sent:** Monday, November 11, 2024 4:15 PM
**To:** oeriakha@go.olemiss.edu
**Cc:** Marie Barnard <mbarnard@olemiss.edu>; John P Bentley <phjpb@olemiss.edu>
**Subject:** RE: Comprehensive Exam Appeal

Hi Alfred,

[Quoted text hidden]

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>
To: Yi Yang <yiyang@olemiss.edu>      Tue, Nov 12, 2024 at 12:36 PM
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>

2/23/25, 1:18 PM                University of Mississippi Mail - Comprehensive Exam Appeal

Hi Dr. Yang,

Thank you for your email. Unfortunately, I am currently not in a suitable psychological state and am uncertain about my ability to retake the exam in January 2025. I would greatly appreciate it if the faculty could consider extending the proposed date.

Additionally, receiving detailed feedback on the specific abilities and competencies that were identified as deficient and contributed to my failing grade on the initial exam would be very helpful for me, both psychologically and in terms of preparing to move forward.

Thank you for your time and consideration.

Best regards,
Alfred
[Quoted text hidden]

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>           Tue, Nov 12, 2024 at 12:37 PM
To: John P Bentley <phjpb@olemiss.edu>

Sounds good, Dr. Bentley.

Thank you.

Best regards,
Alfred
[Quoted text hidden]

---

**Yi Yang** <yiyang@olemiss.edu>           Tue, Nov 12, 2024 at 4:09 PM
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>

Hi Alfred,

Our faculty care about your well-being and encourage you to reach out to our campus counseling center for support: https://counseling.olemiss.edu/ ; phone number: 662-915-3784. If you need any assistance with connecting to the counseling center, please don't hesitate to let me or other faculty know – we are here to help!

We can extend the deadline for you to retake the comprehensive exam to June 2025 (the second Monday of June), which is the next available opportunity for students in our department to take the exam.

Additionally, I strongly recommend that you schedule individual meetings with each faculty member who were present at your oral comprehensive exam to discuss your performance on the initial exam and receive detailed feedback. Thank you!

[Quoted text hidden]

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>           Tue, Nov 12, 2024 at 4:20 PM
To: Ehiremen Eriakha <eberiakh@go.olemiss.edu>

---------- Forwarded message ----------
From: **Yi Yang** <yiyang@olemiss.edu>
Date: Tue, Nov 12, 2024 at 4:09 PM
Subject: RE: Comprehensive Exam Appeal
To: oeriakha@go.olemiss.edu <oeriakha@go.olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>

2/23/25, 1:18 PM  University of Mississippi Mail - Comprehensive Exam Appeal

[Quoted text hidden]
[Quoted text hidden]

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>  Wed, Nov 13, 2024 at 7:32 AM
To: Yi Yang <yiyang@olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>

Hi Dr. Yang,

Thank you very much for your reply and for sharing details about the counseling services. I appreciate the faculty's concern for my well-being and the flexibility offered regarding the retake of the comprehensive exam.

While I understand the recommendation to schedule individual meetings with faculty members, I am currently not in the best psychological state for individual interactions. I would prefer to receive these clarifications asynchronously, such as via email, similar to how the results of my comprehensive exam were provided to me.

I would greatly appreciate it if the faculty could accommodate this preference, as it would be very helpful for me both psychologically and in moving forward during this challenging time.

Thank you for your time and understanding.

Best wishes,
Alfred
[Quoted text hidden]

---

**Yi Yang** <yiyang@olemiss.edu>  Wed, Nov 13, 2024 at 10:00 AM
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>

Hi Alfred,

Thank you again for reaching out regarding feedback on your comprehensive exam. While our faculty are unable to provide written feedback, we would be happy to meet with you to discuss. I am sorry that you are not in the best psychological state, please don't feel any pressure to meet this semester. We can certainly postpone the individual meetings until next Spring.

Take care,

[Quoted text hidden]

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>  Wed, Nov 13, 2024 at 10:12 AM
To: Eriakha Ehiremen Bennard <eriakhabernard@gmail.com>

---------- Forwarded message ----------
From: **Yi Yang** <yiyang@olemiss.edu>
Date: Wed, Nov 13, 2024 at 10:00 AM
Subject: RE: Comprehensive Exam Appeal
To: oeriakha@go.olemiss.edu <oeriakha@go.olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>

[Quoted text hidden]
[Quoted text hidden]

2/23/25, 1:18 PM            University of Mississippi Mail - Comprehensive Exam Appeal

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>           Wed, Nov 13, 2024 at 1:11 PM
To: Yi Yang <yiyang@olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>

Hi Dr. Yang,

Thank you very much for your response. I appreciate your understanding and concern for my well-being.

While I have accepted the outcome of failing the comprehensive exam, I want to express that not knowing the specific abilities and competencies where I was deemed deficient has significantly hindered my ability to fully heal, recover and move forward mentally and psychologically.

Although I understand your suggestion to postpone communicating these deficient abilities and competencies until next spring in the hope that my mental health will have improved by then, receiving this information sooner would greatly support my psychological recovery and facilitate my progress.

If possible, could you please share any specific reasons why these deficiencies cannot be provided to me in writing, particularly given the significant benefits for my well-being? If there are any university policies affecting this, I am happy to provide documentation from my healthcare providers to support my request.

Thank you for your time and understanding. I look forward to hearing from you.

Best regards,
Alfred
[Quoted text hidden]

---

**Yi Yang** <yiyang@olemiss.edu>           Thu, Nov 14, 2024 at 1:35 PM
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>

Hi Alfred,

Thank you for reaching out! I want to emphasize that our faculty care about your well-being and encourage you to reach out to our campus counseling center for support. Please let me or any of our faculty know if you need any help with this.

Our comprehensive exam questions are not designed to assess specific competencies in a direct one-to-one manner. Additionally, our comprehensive exam process includes an oral component, so it is important for you to meet with individual faculty members to receive feedback that will help you improve. This is why the remediation plan includes this step. Our faculty intentionally developed the plan to support your development.

[Quoted text hidden]

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>           Fri, Nov 15, 2024 at 2:02 AM
To: Ehiremen Eriakha <eberiakh@go.olemiss.edu>

---------- Forwarded message ----------
From: **Yi Yang** <yiyang@olemiss.edu>
Date: Thu, Nov 14, 2024 at 1:35 PM
Subject: RE: Comprehensive Exam Appeal
To: oeriakha@go.olemiss.edu <oeriakha@go.olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>

[Quoted text hidden]
[Quoted text hidden]

2/23/25, 1:18 PM                              University of Mississippi Mail - Comprehensive Exam Appeal

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>                                    Fri, Nov 15, 2024 at 12:26 PM
To: Yi Yang <yiyang@olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>

Hi Dr. Yang,

Thank you very much for your response and for emphasizing the department's commitment to my well-being. I greatly appreciate the faculty's efforts in supporting my academic development.

However, I am unclear about the assertion that "Our comprehensive exam questions are not designed to assess specific competencies in a direct one-to-one manner." The departmental policies and procedures state on pages 15 and 16 that the purpose of the comprehensive examination is to allow students to demonstrate the competencies necessary to conduct independent research at the doctoral level. These competencies to be demonstrated are clearly outlined within this document. This suggests that the comprehensive examination in its entirety should be a valid measure of these outlined competencies, and if this understanding is accurate, failing this examination would suggest deficiencies in one or more of these outlined competencies or abilities.

I am particularly concerned about the lack of communication regarding the deficient abilities or competencies that led to my failing the comprehensive exam. My being deprived of this information despite several requests has caused significant distress and is hindering my academic and psychological progress. I am currently unable to break the cycle of introspection and distress due to a lack of understanding of the specific competencies that were identified as deficient and for which the faculty developed a remediation plan. If, however, I failed without any actual deficiencies, I would appreciate clarification on that.

Additionally, if possible, could you please share the policy that restricts faculty from accommodating my preferred means of communication or the reasons why my deficiencies cannot be shared in writing? This is especially confusing since Dr. Bentley previously provided a detailed written explanation for one of the exam questions, which was extremely helpful. I hope that the lack of accommodation thus far for my particular circumstances will be reconsidered and that my concerns are being taken seriously.

Lastly, while I acknowledge the recommendation to seek counseling, what would truly help me recover is a transparent understanding of the deficient abilities or competencies that contributed to my failing the comprehensive examination. Providing this information would demonstrate the department's genuine care for my academic, psychological, and personal well-being.

Thank you for your time and continued support.

Best regards,
Alfred
[Quoted text hidden]

---

**Yi Yang** <yiyang@olemiss.edu>                                                    Mon, Nov 18, 2024 at 12:28 PM
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>

Hi Alfred,

Thank you once again for reaching out. Please know that your wellbeing is important, and our faculty are here to support you.

As communicated with you in previous emails, our comprehensive exams are comprehensive by design, and exam questions are not designed to assess specific competencies in a direct one-to-one manner. The faculty have developed a plan to prepare you for retaking the exam and this plan included meetings with individual faculty. No students in our department have been given written feedback to help them prepare for retaking their comprehensive exams, so it would not be equitable to do so just for one student. Further, the students who have had to retake their comprehensive exams in the past have had to meet with faculty, as this is a key component of the remediation process to support our students' success.

I know that this may not be the response you were hoping for. Please let me know whether you plan to participate in the remediation process that the faculty have developed for you, i.e., scheduling individual meetings with faculty to receive

detailed feedback on your initial exam, and retaking the comprehensive exam in June 2025.

[Quoted text hidden]

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>  
To: Ehiremen Eriakha <eberiakh@go.olemiss.edu>

Mon, Nov 18, 2024 at 12:40 PM

---------- Forwarded message ---------  
From: **Yi Yang** <yiyang@olemiss.edu>  
Date: Mon, Nov 18, 2024 at 12:28 PM  
Subject: RE: Comprehensive Exam Appeal  
To: oeriakha@go.olemiss.edu <oeriakha@go.olemiss.edu>  
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>

[Quoted text hidden]  
[Quoted text hidden]

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>  
To: Yi Yang <yiyang@olemiss.edu>  
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>

Mon, Nov 18, 2024 at 12:52 PM

Dr. Yang,

Thank you very much for your response.

This is deeply troubling. To help resolve the matter, I will involve the Offices of Equal Opportunity & Regulatory Compliance and Student Disability Services. Additionally, I will ensure that documentation from my health care providers is submitted on file.

Thank you very much for your time and support.

Best regards,  
Alfred  
[Quoted text hidden]

---

**Yi Yang** <yiyang@olemiss.edu>  
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>  
Cc: Marie Barnard <mbarnard@olemiss.edu>, John P Bentley <phjpb@olemiss.edu>

Mon, Nov 18, 2024 at 2:38 PM

Hi Alfred,

Thank you for letting us know.

[Quoted text hidden]