EXHIBIT BB – 2024/2025 Department Policies and Procedures.

*Policy Guide — Page 15*

(Social and Administrative Pharmacy I), which includes an introduction to the U.S. health care system.

PHAD 698 Non-Thesis Research will consist of a submission ready manuscript for a targeted journal. Project concept and target journal must be approved in advance by the faculty advisor. Final results will be presented in a departmental level seminar. At least two additional faculty members will serve as reviewers.

It is important to note that if an applicant has a Master's degree, he or she may petition in writing to the Department Chair for substitution or waiver of certain courses upon entry into the program. The Faculty will evaluate the request, following the Graduate School policies, and determine which courses, if any, can be waived or substituted. If an applicant has completed a thesis, he or she is asked to provide a copy of the thesis for review to determine whether waiver of PHAD 698 and other courses is acceptable. Substitution or waiver of courses will then be documented on the student's progression form.

## *The Comprehensive Examination*

The purpose of the Comprehensive Examination is to allow the student to demonstrate the competencies necessary to conduct independent research at the doctoral level. **The Comprehensive Examination precedes the formal dissertation proposal and follows the completion of required course work.**

The comprehensive examination is given three times annually: January, June, and September (the exam will start the second Monday of each of these months). The student is responsible for coordinating with the GPC/Department Chair to schedule the examination at least two months in advance. **The GPC/Department Chair will complete the Authorization to Sit for a Comprehensive Exam Form (Form GS5) and submit it to the Graduate School.** This form can be found online on the Graduate School website.

The examination will involve the development of a written exam with knowledge and application questions followed by an oral examination. The student will have one week to complete the written exam independently. The exam will be developed by a committee of three faculty members familiar with the student's research interests. The faculty committee will be appointed by the GPC/Department chair. A list of competencies to be demonstrated are listed below.

### *Competencies to be Demonstrated*
1. Familiarity with and an understanding of major theoretical issues in the major field and in the minor track.
2. Ability to evaluate critically research literature, identifying strengths and weaknesses in research design, statistical analysis, and conclusions.
3. Understanding of the process for formulating and testing of research hypotheses and the design consideration necessary for use in this process.
   a. Understanding the importance of and the distinction between theoretical models, conceptual models, concepts and variables.
   b. Understanding of the benefits and disadvantages of the major recognized techniques of data gathering, such as personal interview, mail survey, telephone survey, observation, use of secondary data, etc.
   c. Understanding of levels of measurement and the methodological and statistical compromises required by their respective choices.

*Policy Guide — Page 16*

4. Computer skills sufficient for entering and analyzing data using SPSS, SAS, or other standard statistical applications. Statistical skills should include the use of the following procedures where appropriate:
   a. descriptive statistics (e.g., frequencies, mean, median)
   b. tests of significance (e.g., chi-square, t-test)
   c. multivariable and multivariate techniques (e.g., multiple regression, factor analysis)

5. Ability to prepare research reports in clear and concise style.

*Diagram of the Research Process*

This research process is a general framework that can be used for projects that include primary data collection or secondary data.

### Research Design Process

```
Idea ──▶ [Theory] ◀── Literature
         │
  Conceptualization ──┼── Operationalization
         ▼
  [Theoretical Framework]
         │
         ▼
    [Hypotheses]
         │
  Sample ──┼── Method
         ▼
Data Collection ──▶ [Analysis] ◀── Data Processing
         │
         ▼
  [Interpretation
    Conclusion]
```

*Examination Process*

As stated above, the Comprehensive Examination consists of both a written and an oral component.

For the written portion of the Comprehensive Examination, the student is required to complete a written exam, developed by three faculty members in the Department. The exam may include content questions related to the student's chosen track as well as questions to assess the ability to conduct a literature review, develop research objectives and/or a research plan, or conduct a data analysis using given data. This is an open-book exam. The sharing of exam questions or answers either during or after the exam is considered academic dishonesty. The use of generative artificial (AI) is strictly forbidden. Students will be required to sign an attestation (see Appendix V) when they submit their written exam that the responses were entirely their own independent work, and that no generative AI was utilized in ANY MANNER. Penalties for use of generative AI can include dismissal from the Ph.D. program.

The written exam will be due **one week** after the exam is provided to the student. The oral exam will be

scheduled within three weeks of the written exam due date. The oral exam will consist of questions and discussion based on the written exam. The purpose of the oral exam is to allow the student an opportunity to clarify his/her written exam responses and to provide elaboration of his/her thought processes. Students will be expected to exhibit an understanding of the advantages and disadvantages of different research designs, methodologies, and analyses and to demonstrate acquisition of the competencies defined in this document.

Upon completion of the questions and discussion, the student will be excused from the room and the faculty will assess the student's performance on the exam and determine whether or not the student passes the comprehensive exam. The student will be informed of their exam grade within 24 hours of the oral portion of the exam. Each question will be assigned to at least three faculty members who will grade the written and oral response. All grades will be averaged. The student must score an average of 80% or above on the exam to pass. If the student does not pass the exam, the faculty will advise the student to complete additional studies and re-take the Comprehensive Examination. If the student does not pass the second exam, the student will be dismissed from the Ph.D. program. Graduate students should consult the Graduate School Handbook regarding the appeal process.

*Examination Format*
The comprehensive exam will consist of 4-6 questions. Each question area may contain multiple sub-questions. These are questions that will require some reading and thought in order to answer. It is expected that the student may be asked to turn in 30-40 pages to answer the exam questions. The broad question areas include: Responding to a request for proposals and/or developing a set of hypotheses/research questions and literature review; answering a PHAD specific-content area question(s); responding to track-specific content questions; research methods questions; and a data analysis section which may consist of analyzing a given data set. These questions will assess whether the student has achieved the competencies listed above, including the student's ability to conceptualize, think critically, and conduct a critical analysis.

*Admission to Candidacy for the Doctorate*
After successfully completing the Comprehensive Exam, which demonstrates that the student possesses the abilities required to complete the program, the Department will recommend admission to candidacy. **Formal admission to candidacy requires completion of a specific form that is available from the Graduate School (GS5.1 form); the GPC/Department Chair will be responsible for submission of this form.** After admission to candidacy, a student must maintain continuous enrollment requirements. The Graduate Catalog defines continuous enrollment as enrollment in two of the three academic periods (Fall, Spring and Summer) during a 12-month period of time.

**Dissertation**
Regulations governing the style, format, and other matters related to the electronic submission of the thesis/dissertation may be found on the Graduate School webpage: https://gradschool.olemiss.edu/current-students/thesis-and-dissertation-preparation/. Students are encouraged not to complete dissertations *in absentia* and this must be approved by the Department Chair and the dissertation chair. Students should periodically check Departmental and Graduate School policies that govern Theses and Dissertations.

*Selection and Approval of Research Problem*
The research problem addressed in the dissertation must be original work that makes a contribution to science. The identification of the research problem should be the result of a cooperative effort between the Director and the student. The determination of the appropriateness of the research project is the responsibility of the Director. Approval of this project proposal will ultimately be approved by the committee at the time of the proposal defense.

*Selection of Committee*
The student selects the dissertation committee members. These appointments are accomplished with guidance from the Director. The composition of the committees should follow Graduate School policy. Dissertation committees of The University of Mississippi must consist of at least three faculty from the