EXHIBIT 01 — May 9, 2025 EORC Correspondence



# THE UNIVERSITY OF MISSISSIPPI

Omokhodion Eriakha <oeriakha@go.olemiss.edu>

---

## Request for a Meeting

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>
To: Jody Myatt <jlmyatt@olemiss.edu>

Fri, May 9, 2025 at 10:45 AM

Hi Jody,

Good morning—I hope you're doing well. I'm writing to follow up on our previous conversations regarding my comprehensive exam. I've attached both the letter I shared with my department chair and the email thread reflecting my subsequent correspondence.

I'd appreciate any guidance you can provide on what next steps may be available through your office. Additionally, given the unresolved nature of these concerns and their potential impact on my academic standing and funding, I'd also like to ask about the appropriateness of seeking independent legal counsel at this stage.

Thank you again for your time and support.

Best regards,
Alfred
[Quoted text hidden]

---

**2 attachments**

- 📄 Request_For_Safeguards_04_27_25.pdf
  240K

- 📄 Email_Thread_Chair.pdf
  353K



THE UNIVERSITY OF
MISSISSIPPI

Omokhodion Eriakha <oeriakha@go.olemiss.edu>

## Request for a Meeting

**Jody Myatt** <jlmyatt@olemiss.edu>
To: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>

Fri, May 9, 2025 at 2:12 PM

Alfred,

Good afternoon. I hope you are doing well. I have received your email and attachments.

I discussed your concerns with my supervisor. Perhaps requesting to have the comprehensive exam recorded will help alleviate your concerns with transparency and fairness with the process and questions.

Concerning private counsel, that is something that I am not able to directly advise you on. I do recommend that you take whatever action you feel is appropriate to protect yourself. If you decide you want to visit with private counsel and/or retain private counsel, that is certainly within your rights to do so.

I hope you have a great weekend and wish you all the best on your upcoming exam.

Respectfully,

Jody


**Jody L. Myatt**
Clery Compliance Specialist
Equal Opportunity/Regulatory Compliance
The University of Mississippi
P.O. Box 1848
120 Lester Hall
University, MS 38677-1848
USA
O: +1-6629157606
jlmyatt@olemiss.edu | www.olemiss.edu

**From:** Omokhodion Eriakha <oeriakha@go.olemiss.edu>
**Sent:** Friday, May 9, 2025 10:45 AM
**To:** Jody Myatt <jlmyatt@olemiss.edu>
[Quoted text hidden]

[Quoted text hidden]



Omokhodion Eriakha <oeriakha@go.olemiss.edu>

## Request for a Meeting

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>
To: Jody Myatt <jlmyatt@olemiss.edu>

Fri, May 9, 2025 at 2:34 PM

Hi Jody,

Good afternoon. Thank you for your thoughtful reply and for taking the time to review the documents I shared.

I appreciate your suggestion regarding the possibility of recording the oral portion of my comprehensive exam to promote transparency and fairness. While I understand how this could be a constructive step, I remain concerned that—given the lack of acknowledgment or engagement with the concerns and suggestions I previously raised—even a reasonable request such as this may not receive meaningful consideration. As a result, I'm uncertain about what further steps I can take to ensure a fair and transparent process.

That said, I remain committed to pursuing all constructive avenues and sincerely appreciate your continued guidance and support. If you are aware of any university-approved resources or offices that assist students in identifying legal counsel or navigating legal matters, I would be grateful if you could point me in the right direction.

Thank you again for your time, and I hope you have a great weekend.

Warm regards,
Alfred
[Quoted text hidden]