EXHIBIT 27 — Graduate Research Assistantship Contributions Appreciated



THE UNIVERSITY OF MISSISSIPPI

Omokhodion Eriakha <oeriakha@go.olemiss.edu>

## Provider Survey

7 messages

---

**John P Bentley** <phjpb@olemiss.edu>  Mon, Apr 14, 2025 at 2:24 PM
To: Robert Welch <rlwelch1@olemiss.edu>, Callie Anyan <ckanyan@olemiss.edu>
Cc: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>

Hi Robert and Callie,

Alfred and I have been going back and forth on some ideas about a survey of Mississippi providers/prescribers and he has pulled **a lot** of articles that have used provider surveys to assess many different variables related to cannabis. **Attached** is a spreadsheet that summarizes many of these articles. We have PDFs of all of these articles in a Box folder. As an aside, we are thinking about doing a systematic review/scoping review/meta-analysis based on his work; we will keep you posted about that.

Now that we are getting close on launching the patient survey, we would like to schedule a time to discuss the provider survey with you. Based on the literature that has been reviewed, we have lots of ideas of where we can take this, but we can't possibly implement all of them. Plus, we are not quite sure of what would be most useful to Mississippi policymakers, providers, patients, and other stakeholders. Thus, we wanted to get your feedback about the most important things on which to focus for such a survey. Can you two meet with us early next week? Here are some times both of us are available:

Monday, 4/21: 10-11, 1:30-3

Tuesday, 4/22: 8-10

Wednesday, 4/23: 9-11; 1-4

Thanks!

John

---

📎 **Articles_Summary of Keypoints_04_14_25.xlsx**
32K

---

**Robert Welch** <rlwelch1@olemiss.edu>  Mon, Apr 14, 2025 at 2:38 PM
To: John P Bentley <phjpb@olemiss.edu>, Callie Anyan <ckanyan@olemiss.edu>
Cc: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>

Thanks to you both! Great work, Alfred! Next week, looks like Wed at 10 am is my best option.

Thanks!

RW

**Robert Welch, PharmD**

Director - National Center for Cannabis Research and Education
Research Associate Professor
School of Pharmacy
Research Institute of Pharmaceutical Sciences
The University of Mississippi
P.O. Box 1848
1018 Thad Cochran Research Center
TCRC East 1006
University, MS 38677-1848
M: 662.213.5234
O: 662.915.1007
rlwelch1@olemiss.edu | www.olemiss.edu

---

**From:** John P Bentley <phjpb@olemiss.edu>
**Sent:** Monday, April 14, 2025 2:24:52 PM
**To:** Robert Welch <rlwelch1@olemiss.edu>; Callie Anyan <ckanyan@olemiss.edu>
**Cc:** oeriakha@go.olemiss.edu <oeriakha@go.olemiss.edu>
**Subject:** Provider Survey

[Quoted text hidden]

---

**John P Bentley** <phjpb@olemiss.edu>
To: Robert Welch <rlwelch1@olemiss.edu>, Callie Anyan <ckanyan@olemiss.edu>
Cc: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>

Mon, Apr 14, 2025 at 2:46 PM

Hi Callie,

Does next Wednesday (4/23) at 10 am work for you?

JB

[Quoted text hidden]

---

**Callie Anyan** <ckanyan@olemiss.edu>
To: John P Bentley <phjpb@olemiss.edu>, Robert Welch <rlwelch1@olemiss.edu>
Cc: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>

Mon, Apr 14, 2025 at 2:48 PM

Absolutely!! I'm very excited about this.

**Best regards,**

### Callie Anyan-Draine, MPA

Program Manager
Research Institute of Pharmaceutical Sciences
National Center for Cannabis Research & Education
The University of Mississippi
P.O. Box 1848
1006 Thad Cochran Research Center

Office 113G
University, MS 38677-1848
USA
O: +1-6629151015
ckanyan@olemiss.edu | www.olemiss.edu

Book time to meet with me

---

**From:** John P Bentley <phjpb@olemiss.edu>
**Sent:** Monday, April 14, 2025 2:46 PM
**To:** Robert Welch <rlwelch1@olemiss.edu>; Callie Anyan <ckanyan@olemiss.edu>
**Cc:** oeriakha@go.olemiss.edu <oeriakha@go.olemiss.edu>
**Subject:** RE: Provider Survey

[Quoted text hidden]

---

**John P Bentley** <phjpb@olemiss.edu>     Mon, Apr 14, 2025 at 2:49 PM
To: Callie Anyan <ckanyan@olemiss.edu>, Robert Welch <rlwelch1@olemiss.edu>
Cc: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>

Great! In-person meeting OK? If so, we can meet in Faser 132. Happy to Zoom if that is easier.

JB

[Quoted text hidden]

---

**Callie Anyan** <ckanyan@olemiss.edu>     Mon, Apr 14, 2025 at 3:00 PM
To: John P Bentley <phjpb@olemiss.edu>, Robert Welch <rlwelch1@olemiss.edu>
Cc: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>

In-person is great!!!

PS I think I mentioned that I did my master's thesis on this very subject. Now granted it was not nearly as in-depth or intensive as what you're proposing, but y'all are more than welcome to look at the paper, survey, and results to see if you can glean anything helpful. But just bear in mind I was matriculating at a small, private, Christian university and some of the requirements of the project/paper were a bit....atypical. 😅

Best regards,


## Callie Anyan-Draine, MPA

Program Manager
Research Institute of Pharmaceutical Sciences
National Center for Cannabis Research & Education
The University of Mississippi
P.O. Box 1848
1006 Thad Cochran Research Center
Office 113G
University, MS 38677-1848

USA

O: +1-6629151015

ckanyan@olemiss.edu | www.olemiss.edu

Book time to meet with me

---

**From:** Callie Anyan <ckanyan@olemiss.edu>
**Sent:** Monday, April 14, 2025 2:48 PM
**To:** John P Bentley <phjpb@olemiss.edu>; Robert Welch <rlwelch1@olemiss.edu>
**Cc:** oeriakha@go.olemiss.edu <oeriakha@go.olemiss.edu>
**Subject:** Re: Provider Survey

[Quoted text hidden]

---

**John P Bentley** <phjpb@olemiss.edu>  Mon, Apr 14, 2025 at 3:32 PM
To: Callie Anyan <ckanyan@olemiss.edu>, Robert Welch <rlwelch1@olemiss.edu>
Cc: "oeriakha@go.olemiss.edu" <oeriakha@go.olemiss.edu>

Let's meet in Faser 132 on 4/23. Will send a calendar invitation shortly.

And yes, Callie, it would be helpful to see your survey, final results, and paper. Thanks for offering to share!

John

[Quoted text hidden]