EXHIBIT Z10 — Self-Initiated SDS Reachout

**THE UNIVERSITY OF MISSISSIPPI**

Omokhodion Eriakha <oeriakha@go.olemiss.edu>

## [SDS] Oral Comprehensive Exam
4 messages

---

**Robin Yekaitis** <OleMiss.SDS@accessiblelearning.com>
Reply-To: Robin Yekaitis <rtyekait@olemiss.edu>
To: Omokhodion Eriakha <oeriakha@go.olemiss.edu>

Fri, Apr 25, 2025 at 3:54 PM

Hi Alfred,

Can you share the policy and procedures your academic department has for the oral comprehensive exam or the name of a specific person with whom I could speak about the exam? If the policy doesn't explicitly prohibit other people from sitting in, you may be able ask about having a guest and the process for do so.

I am unsure at this time, if this request would fall under my office as an academic accommodation based on the impact of a disability. Having additional information would be helpful. Could we schedule a meeting to discuss further after May 9th. My calendar is full until after finals week.

Kind regards,

### Robin Yekaitis
Access Services Advisor
The University of Mississippi
Student Disability Services
P.O. Box 1848
234 Martindale-Cole
University, MS. 38677-1848
U.S.A.
Phone: 662-915-7128
Fax: 662-915-5972
rtyekait@olemiss.edu
www.olemiss.edu

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>
To: Robin Yekaitis <rtyekait@olemiss.edu>

Tue, Apr 29, 2025 at 4:36 AM

Hi Robin,

Good morning. I hope you are doing well.

I am attaching my department's policies and procedures to this email. The policy regarding the comprehensive examination can be found on pages 15–17. I also spoke with faculty members about the possibility of conducting the exam openly or having an external/neutral observer present. I was informed that this matter will be raised at the next faculty meeting.

I am hoping to receive an update before the end of this week and will let you know the decision once it is made. I would also like to schedule a meeting to discuss further after May 9th, depending on the decision.

Thank you very much!

Best regards,
Alfred
[Quoted text hidden]

--
**Alfred Eriakha**
PhD Student

Department of Pharmacy Administration
The University of Mississippi
oeriakha@go.olemiss.edu
+1-662-380-0924

📄 **Department Policies and Procedures_2024-25 v5.pdf**
473K

---

**Robin Yekaitis** <OleMiss.SDS@accessiblelearning.com>
Reply-To: Robin Yekaitis <rtyekait@olemiss.edu>
To: Omokhodion Eriakha <oeriakha@go.olemiss.edu>

Tue, Apr 29, 2025 at 11:29 AM

Hi Alfred,

Thank you for the information. Yes, please keep me updated on what the faculty decide.

Best,
Robin

---

Hi Robin,

Good morning. I hope you are doing well.

I am attaching my department's policies and procedures to this email. The policy regarding the comprehensive examination can be found on pages 15–17. I also spoke with faculty members about the possibility of conducting the exam openly or having an external/neutral observer present. I was informed that this matter will be raised at the next faculty meeting.

I am hoping to receive an update before the end of this week and will let you know the decision once it is made. I would also like to schedule a meeting to discuss further after May 9th, depending on the decision.

Thank you very much!

Best regards,
Alfred

---

[Quoted text hidden]

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>
To: Robin Yekaitis <rtyekait@olemiss.edu>

Fri, May 9, 2025 at 11:01 AM

Hi Robin,

Good morning. I hope this message finds you well.

I'm following up regarding our prior conversations about my comprehensive examination process. I've attached the formal letter documenting my concerns, which I shared with my department, along with the follow-up email thread.

Given the circumstances, including the psychological stress stemming from unresolved procedural issues, I'm hoping to explore all avenues for ensuring a fair and supportive evaluation process through SDS.

Please let me know how best to proceed or if any additional documentation is required.

Thank you very much for your time and assistance.

Best regards,
Alfred
[Quoted text hidden]
[Quoted text hidden]

---

2 attachments

📄 Request_For_Safeguards_04_27_25.pdf
240K

📄 Email_Thread_Chair.pdf
353K

8/17/25, 9:22 PM
Case: 3:25-cv-00226-MPM-JMV Doc #: 25-7 Filed: 10/15/25 4 of 8 PageID #: 743
University of Mississippi Mail - [SDS] Follow-up regarding comprehensive exam



### THE UNIVERSITY OF MISSISSIPPI

Omokhodion Eriakha <oeriakha@go.olemiss.edu>

## [SDS] Follow-up regarding comprehensive exam
2 messages

**Robin Yekaitis** <OleMiss.SDS@accessiblelearning.com>
Reply-To: Robin Yekaitis <rtyekait@olemiss.edu>
To: Omokhodion Eriakha <oeriakha@go.olemiss.edu>

Wed, Jun 4, 2025 at 1:44 PM

University of Mississippi, Student Disability Services, Access, Equity, and Inclusion Logo.

Alfred,

The last time we communicated you stated that you wanted to have an additional person in the room during while you answer the oral comprehensive examination in September. I believe that the department's faculty were meeting to discuss if this is an option for students in general. I wanted to know if the faculty will allow an additional person in that space.

We haven't had a chance to discuss in detail how you are impact by the diagnosis you disclosed. Disability accommodations must be reasonable and directly related to how a student is impacted, not diagnosis alone. Please schedule an initial interview with me to discuss how you are impacted and what specific accommodation you believe you need for equal access. The initial interview can be done in person or over Zoom. Additionally, documentation from your healthcare professional will be needed to support a specific accommodation request.

Warm regards,

# Robin Yekaitis
Access Services Advisor
The University of Mississippi
Student Disability Services
P.O. Box 1848
234 Martindale-Cole
University, MS. 38677-1848
U.S.A.
Phone: 662-915-7128
Fax: 662-915-5972
rtyekait@olemiss.edu
www.olemiss.edu

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>
To: Eriakha Ehiremen Bennard <eriakhabernard@gmail.com>

Thu, Jun 19, 2025 at 9:37 AM

[Quoted text hidden]

--
**Alfred Eriakha**
PhD Student
Department of Pharmacy Administration
The University of Mississippi
oeriakha@go.olemiss.edu
+1-662-380-0924



# THE UNIVERSITY OF MISSISSIPPI

Omokhodion Eriakha &lt;oeriakha@go.olemiss.edu&gt;

## [SDS] Follow up on comprehensive exam
3 messages

---

**Robin Yekaitis** &lt;OleMiss.SDS@accessiblelearning.com&gt;  
Reply-To: Robin Yekaitis &lt;rtyekait@olemiss.edu&gt;  
To: Omokhodion Eriakha &lt;oeriakha@go.olemiss.edu&gt;

Wed, Jun 18, 2025 at 1:24 PM

University of Mississippi, Student Disability Services, Access, Equity, and Inclusion Logo.

Hi Alfred,

I am following up from the email I sent on June 4. Can you send me an update on what the faculty decided? If you still want to pursue an accommodation related to the impact of a disability, please contact me to schedule an initial interview and submit documentation from your healthcare professional describing the nature and impact of the disability that connects directly with the possible accommodation request.

To submit **required documentation**, please use the following link: **Upload Documentation**.

Best,

## Robin Yekaitis
Access Services Advisor  
The University of Mississippi  
Student Disability Services  
P.O. Box 1848  
234 Martindale-Cole  
University, MS. 38677-1848  
U.S.A.  
Phone: 662-915-7128  
Fax: 662-915-5972  
rtyekait@olemiss.edu  
www.olemiss.edu

---

**Omokhodion Eriakha** &lt;oeriakha@go.olemiss.edu&gt;  
To: Eriakha Ehiremen Bennard &lt;eriakhabernard@gmail.com&gt;

Wed, Jun 18, 2025 at 4:26 PM

Alfred Eriakha  
PhD Student  
Department of Pharmacy Administration  
The University of Mississippi  
oeriakha@go.olemiss.edu  
+1-662-380-0924  
[Quoted text hidden]

---

**Omokhodion Eriakha** &lt;oeriakha@go.olemiss.edu&gt;  
To: Robin Yekaitis &lt;rtyekait@olemiss.edu&gt;

Thu, Jun 19, 2025 at 10:26 AM

Hi Ms. Yekaitis,

Thank you for your email and for following up regarding the next steps for my accommodation request.

At the moment, I am awaiting a response from the Dean of the Graduate School concerning a related matter. Once I receive that response, I will proceed with the accommodation process and begin preparing for my comprehensive examination scheduled for September.

I appreciate your continued guidance and support, and I'll be sure to keep you updated.

Best regards,
Alfred
[Quoted text hidden]

--
[Quoted text hidden]



Omokhodion Eriakha &lt;oeriakha@go.olemiss.edu&gt;

## [SDS] Checking-in
2 messages

**Robin Yekaitis** &lt;OleMiss.SDS@accessiblelearning.com&gt;          Wed, Jul 2, 2025 at 9:40 AM
Reply-To: Robin Yekaitis &lt;rtyekait@olemiss.edu&gt;
To: Omokhodion Eriakha &lt;oeriakha@go.olemiss.edu&gt;

University of Mississippi, Student Disability Services, Access, Equity, and Inclusion Logo.

Hi Alfred,

I am circling back from our last email exchange. Have you received the information you were waiting on from the Dean of the Graduate School?

# Robin Yekaitis
Access Services Advisor
The University of Mississippi
Student Disability Services
P.O. Box 1848
234 Martindale-Cole
University, MS. 38677-1848
U.S.A.
Phone: 662-915-7128
Fax: 662-915-5972
rtyekait@olemiss.edu
www.olemiss.edu

---

**Omokhodion Eriakha** &lt;oeriakha@go.olemiss.edu&gt;          Mon, Jul 7, 2025 at 11:36 AM
To: Robin Yekaitis &lt;rtyekait@olemiss.edu&gt;

Hi Ms. Yekaitis,

Good morning, and thank you for following up.

I have not yet received any acknowledgment or substantive response from the Dean of the Graduate School regarding the concerns I raised.

Since these concerns directly affect my ability to move forward with the accommodations process, I will keep you informed as soon as I receive a reply addressing these concerns.

Best regards,
Alfred
[Quoted text hidden]

--
**Alfred Eriakha**
PhD Student
Department of Pharmacy Administration
The University of Mississippi
oeriakha@go.olemiss.edu
+1-662-380-0924



THE UNIVERSITY OF
MISSISSIPPI

Omokhodion Eriakha <oeriakha@go.olemiss.edu>

## [SDS] Archiving accommodation application
2 messages

**Robin Yekaitis** <OleMiss.SDS@accessiblelearning.com>
Reply-To: Robin Yekaitis <rtyekait@olemiss.edu>
To: Omokhodion Eriakha <oeriakha@go.olemiss.edu>

Wed, Jul 16, 2025 at 9:34 AM

University of Mississippi, Student Disability Services, Access, Equity, and Inclusion Logo.

Hi Alfred,

I am archiving your accommodation application at this time. I can reactivate it once you know more information about your comprehensive exam from your academic department and the Graduate School.

Best,

# Robin Yekaitis
Access Services Advisor
The University of Mississippi
Student Disability Services
P.O. Box 1848
234 Martindale-Cole
University, MS. 38677-1848
U.S.A.
Phone: 662-915-7128
Fax: 662-915-5972
rtyekait@olemiss.edu
www.olemiss.edu

---

**Omokhodion Eriakha** <oeriakha@go.olemiss.edu>
To: Robin Yekaitis <rtyekait@olemiss.edu>

Thu, Jul 17, 2025 at 7:32 AM

Hi Ms. Yekaitis,

Good morning, and thank you for the update.

I will be sure to follow up with you as soon as I receive a response addressing my concerns regarding the comprehensive exam.

Best regards,
Alfred
[Quoted text hidden]

--
**Alfred Eriakha**
PhD Student
Department of Pharmacy Administration
The University of Mississippi
oeriakha@go.olemiss.edu
+1-662-380-0924