EXHIBIT 2 - Handbook Policy Regarding Initiating Disciplinary Sanctions

### Disruptive Behavior
Disorderly behavior that disrupts the academic environment violates the standard of fair access to the academic experience. Some examples of disruptive behavior are purposeful acts, such as "shouting down" a seminar speaker, physically or verbally harassing an instructor or fellow student, or engaging in any type of disruptive behavior in a class situation that interferes with the ability of the professor to teach or other students to learn.

### Harm to the Facilities that Support the Academic Environment
A student who purposely harms the facilities that support the academic environment may be subject to academic discipline. Damaging books, laboratory equipment, computers, and other facilities violates the standard of fair access to the academic experience.

### Violations Are Not Limited to the Areas and Examples Given
The academic discipline procedure may be invoked whenever the principles of honesty and fairness are violated and/or the facilities that support the academic environment are harmed. The examples given above are illustrative only (it is impossible to delineate or cite every possible violation), and any act that violates the principles of honesty and fairness may be subject to academic discipline. Some acts, such as sabotage of another student's work or sabotage of an instructor's records, may not fall neatly into any one of the six areas listed above but are subject to academic discipline if found damaging to the academic environment at The University of Mississippi.

## Procedures Related to Academic Misconduct Charges

### Faculty Discussion with Student
When a faculty member believes that a student has committed an act of academic dishonesty, he/she shall seek to discuss the alleged violation with the student as soon as possible and give the student an opportunity to explain. If the faculty member still believes the student committed an act of academic dishonesty after discussing the matter with the student, the faculty member may recommend an appropriate sanction, such as grade reduction, retake of a test or examination, extra work, failure in the course, suspension, expulsion, or a combination of these or other sanctions. The faculty member shall inform the student of the recommended sanction either within the communication described above or a separate communication. Note that if the student does not respond to communications from the faculty member, the matter may still proceed.

### Initiation of Case and Notification to Student
In the event that:
   a) a sanction beyond probation (see the list of possible sanctions) has been appealed by a student,
   b) the appeal has not yet been resolved, and
   c) it is the period for course grade reporting,
an instructor should submit an I (incomplete) course grade.

The Registrar's Office will contact the instructor to finalize the course grade after the case has been finalized. If the student does not appeal a sanction or if an appeal has been resolved before the grade reporting period, the instructor should submit a course grade that includes the upheld or non-appealed sanction.

If the alleged violation occurred outside of the structure of a course, e.g., comprehensive exams, the appropriate faculty member, or program, department, or college/school official, shall initiate the case within the myOleMiss system by accessing Students > Academic Discipline > Initiate Academic Discipline Case.

Initiating an academic discipline case requires the person initiating the case to provide a written report of the alleged incident, including information regarding the communications with the student described above, as well as indicate the recommended sanction. The faculty member also is asked to indicate whether the student accepted the sanction. If there are documents related to the case, the system provides the faculty member with directions on how to upload those documents, and such uploaded documents become a part of the case that is accessible online through the myOleMiss portal.

Once a case is initiated, email notifications of the matter are automatically sent by the online system from a Provost's Office representative to the following: the student, faculty member initiating case, department chair, dean of the school or college in which the course was offered (if initiated case was related to a course), student's academic dean (if different from above or alleged violation not associated with a course), Provost's Office representative, and chair of the Academic Discipline Committee. For cases that include a recommended sanction of probation, suspension, or expulsion, the following also will receive the email notification: Registrar's Office representative(s), the provost, and the vice chancellor for student affairs. If the case initiated involves the alleged actions of a graduate student, the dean of the Graduate School will receive the email notification as well. The email will contain a link to the accessible case information online. If the instructor of record is a graduate student, he/she may need to access the system with the assistance from his/her department chair.

In addition to the email notifications referenced above, if the recommended sanction is probation or suspension, the provost shall direct the registrar to inform the student of the sanction imposed via letter. If the recommended sanction is expulsion, the provost shall inform the chancellor and the chancellor shall direct the registrar to inform the student of the sanction imposed via letter.

The registrar will send such letters to the student's current mailing address with copies to the faculty member, department chair, and appropriate dean(s).

### Challenge of Sanction by Student

The student may challenge the sanction recommended by a faculty member by logging onto the page linked in the email notification and submitting a written appeal through the online system within 14 calendar days of the case being initiated. The student's written appeal request shall state, as simply as possible, why the faculty member's decision is unacceptable. Failure to make an appeal within this 14-day time period shall constitute a waiver of the appeal right and shall result in the sanction becoming final as recommended and the case is considered complete, except as noted below in cases in which the sanction includes probation, suspension, or expulsion.

If the alleged violation of the academic discipline policy occurred as part of a course, the student may not drop the course. If a student drops the course following the incident on which the case is based, whether before or after the initiation of the case by the faculty member, the student will be re-enrolled by Registrar's Office staff. If the incident on which the case is based occurred prior to the University's deadline for course withdrawals and the student wishes to request an allowance to drop the course, that request must be made as part of the student's written appeal. To reiterate, such requests will be considered only when the alleged incident occurred prior to the University's deadline for course withdrawals. Further, even if the timing is appropriate under the University's deadline for course

12

withdrawals, such requests will be granted only in extenuating circumstances including, but not limited to, dismissal of the case or minor sanction. If a student is allowed to withdraw from the course, Registrar's Office staff will effectuate the withdrawal in the system. If it is determined that the student committed an act of dishonesty and the student is allowed to withdraw from the course, the case will remain within the academic discipline system and the Academic Discipline Committee, or appropriate party, will have the right to implement a non-course related sanction. In making a determination to allow a student to withdraw from a course, the Academic Discipline Committee will consider the documentation in the case and level of sanction(s), and also will consult with the instructor of the course regarding the student's status and progress in the course at time of alleged incident. If the incident on which the case is based occurs after the University's deadline for course withdrawals, the student may only withdraw if the case is dismissed and the University's late withdrawal policy will apply.

## Academic Discipline Committee Procedures

If a student presents a timely appeal, the appeal will be reviewed by the Academic Discipline Committee, whose membership includes faculty, staff, and students, and the composition of which as of the beginning of any academic year may be found in the myOleMiss portal by accessing the Committees > Standing Committees menu. The Academic Discipline Committee first shall review the appeal to determine whether a formal hearing is warranted. The chair of the Academic Discipline Committee may appoint a three-person subcommittee to make this determination or ask the full committee to participate in that part of the review. If the Academic Discipline Committee determines that a hearing is not warranted, then the full committee shall vote, based upon written statements and documentation submitted by the student and faculty member, on whether to uphold the recommended sanction, dismiss the case, decrease the sanction, or increase the sanction.

If the Academic Discipline Committee determines that a formal hearing in not warranted, the chair of the Academic Discipline Committee shall enter that decision, along with the determination regarding the sanction, into the online system, which will generate another set of automatic emails to those who received the initial email notifications regarding the case. The decision of the Academic Discipline Committee may then be viewed as part of the case by logging into the page linked in the email.

If the Academic Discipline Committee determines that a formal hearing is necessary, the chair of the Academic Discipline Committee will work with the student and members of the Academic Discipline Committee to arrange a time and place for the hearing. If a student appeals and the sanction involves suspension or expulsion, the student will be granted a hearing automatically.

### Advocate/Legal Counsel and Witnesses
The student and faculty member initiating the case shall be permitted, at his/her expense, to have an advocate or legal counsel provide support for him or her at the hearing and through all other stages of the academic discipline process. The role of the advocate or legal counsel shall be limited to an advisory capacity only. The advocate or legal counsel may not make opening or closing statements, question witnesses, make oral argument, or otherwise speak a party's behalf or to the party during the hearing process. The student or faculty member initiating the case may present witnesses or other evidence, question opposing witnesses, and make opening and concluding statements on his/her own behalf. The student and faculty member initiating the case shall provide the chair of the Academic Discipline Committee, within 72 hours prior to the hearing, the names of any advocate, legal counsel, and witnesses, as well as documentation he or she intends to present at the hearing that is not available or been uploaded through the online system.

13