Ex̄HiBiT 213 ⟶ Tuition Balance Notice



**The
University of Mississippi**
Oxford • Jackson • Tupelo • Southaven

Office of the Bursar
P. O. Box 1848
University, MS 38677
Office of the Bursar

September 15, 2025

Omokhodion Eriakha
OLOSUN ESTATE
Abeokuta, OG 23401

## ACTION REQUESTED

Subject: Overdue Balance - Account No. : 10859637

Your account balance is $      16,953.80.  Please note that $      4.80 of this amount is past due.

Please make arrangements to bring your account current by September 29, 2025.

If you have any questions, please call us at 1-800-891-4596.

You may view your current account statement at the myOleMiss web portal (http://my.olemiss.edu).  After you log in with your WebID, select the Student role, then apps in the Financials box.  Click the Account Statement link to view your statement.

Your records have been placed on hold pending payment of your account.  You will not be able to obtain a class schedule for future semesters, receive a transcript or a diploma, or cash a check in the Bursar's Office.