Consequently, if the infraction occurs on a test or assignment that is a major component of the course grade, the more appropriate sanction should be failure in the course or reduced grade in the course

### Academic Disciplinary Probation

When a grade penalty is not appropriate, probation may be imposed. Probation constitutes a warning that is noted in the academic discipline database for the student. Subsequent violations of academic discipline regulations by the student may result in suspension or expulsion. The duration of any disciplinary probation period will ordinarily be for the remainder of the student's association with the university. However, a shorter term of probation may be recommended, which would be subject to approval by the provost in the case of undergraduates or the dean of the Graduate School in the case of graduate students. The provost or the dean of the Graduate School shall notify the student of his or her decision of the sanction of probation, with copies to the faculty member, department chair, appropriate dean(s), and Registrar's Office representative(s), and chair of the Academic Discipline Committee. Academic disciplinary probation does not appear on a student's transcript.

### Academic Suspension

Suspension results in the exclusion of the student from classes and other specified privileges or activities for a definite period of time. The duration of any suspension or any condition(s) or penalty(ies) recommended shall be in proportion to the seriousness of the violation and subject to the approval of the chancellor. All suspensions shall be permanently noted on the student's transcript. The chancellor shall notify the student of his or her decision, with a copy to the faculty member, department chair, appropriate dean(s), provost, Registrar's Office representative(s), and chair of the Academic Discipline Committee.

### Expulsion

The student is deprived of his or her opportunity to continue at the University in any status. The penalty of expulsion is subject to the approval of the chancellor, who shall notify the student of his or her decision, with a copy to the faculty member, department chair, appropriate dean(s), provost, Registrar's Office representative(s), and chair of the Academic Discipline Committee. A notation shall be placed on the student's transcript.

## Academic Grade Appeal Policy and Procedure
## ACA.AR.600.002

The grade appeal policy and procedure is designed to provide an undergraduate or graduate student at The University of Mississippi with a clearly defined avenue for appealing the assignment of a course grade, following the posting of final grades, that they believe was based on prejudice, discrimination, arbitrary or capricious action, or other reasons not related to academic performance. Ordinarily, the student's request for a grade appeal must be taken successively to the instructor, the chair of the department (or director of the program) in which the grade was given, and the dean of the school or college to which the department belongs, with a possible resolution of the conflict at any stage. Either the student or the instructor may appeal a decision made at the dean's level. This formal grade appeal will be reviewed by the Academic Appeals Committee and by the vice chancellor for academic affairs.

In cases where the University participates in a consortium and the grade was assigned by an instructor at another institution (also known as the teaching institution) within the consortium, the policies/processes for appealing a grade shall follow those outlined by the consortium (if the consortium does not specify a process, then The University of Mississippi policies shall be followed). Such policies/processes may include

16