# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

**RECEIVED**

**OCT 21 2025**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Oxford Division

| | |
|---|---|
| Omokhodion Alfred Eriakha | Case No. 3:25-cv-00226 |
| *Plaintiff(s)* | |
| -v- | |
| University of Mississippi; Dr. Yi Yang; Dr. Marie Barnard; Dr. Erin Holmes; Dr. Meagen Rosenthal; Dr. Annette Kluck; Dr. Jennifer Simmons | |
| *Defendant(s)* | |

# PLAINTIFF'S MOTION TO LIFT STAY AND RECOGNIZE MOOTNESS

# OF DEFENDANTS' RULE 12(b) MOTION

1

COMES NOW, Plaintiff Omokhodion Alfred Eriakha, proceeding pro se, and respectfully moves this Honorable Court to lift the stay entered on October 2, 2025 (Doc No. 24), and to recognize that Defendants' Motion to Dismiss (Doc No. 22) has been rendered moot by Plaintiff's timely filed Amended Complaint (Doc No. 25). In support thereof, Plaintiff states as follows:

1. On October 1, 2025, Defendants filed a Motion to Dismiss under Federal Rule of Civil Procedure 12(b), asserting various immunity defenses.

2. On October 2, 2025, the Court entered an order staying proceedings pursuant to L.U. CIV. R. 16(b)(3)(B) pending resolution of that immunity motion.

3. On October 16, 2025, within the time permitted, Plaintiff filed an Amended Complaint, which by operation of law supersedes the prior pleading.

4. Because the operative complaint has changed, Defendants' pending motion to dismiss directed to the original pleading is now moot.

5. The basis for the stay—the pending immunity motion—is therefore extinguished, and proceedings should resume under the amended pleading.

6. Plaintiff respectfully requests that the Court:

   a. Lift the stay entered October 2, 2025; and

   b. Recognize that Defendants' prior motion to dismiss is moot.

WHEREFORE, Plaintiff respectfully requests that this Court enter the attached Proposed Order lifting the stay, and recognizing mootness of the prior motion.

Respectfully submitted this 21st day of October, 2025.



Omokhodion Alfred Eriakha

2

Plaintiff, Pro Se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhab@gmail.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2025, I delivered the foregoing to the Clerk of Court for filing and served a true and correct copy by email upon:

**Paul B. Watkins, Esq.**

Mayo Mallette PLLC

Email: pwatkins@mayomallette.com

(cc: Brooke Jackson, bjackson@mayomallette.com)

Executed this 21st day of October, 2025, in Oxford, Mississippi.

_____

Omokhodion Alfred Eriakha

Plaintiff, pro se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhab@gmail.com

4