**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**OMOKHODION ALFRED ERIAKHA**                                                    **PLAINTIFF**

**v.**                                                                                       **NO. 3:25-cv-226-MPM-JMV**

**UNIVERSITY OF MISSISSIPPI, et al.**                                             **DEFENDANTS**

**AND**

**EHIREMEN BENNARD ERIAKHA**                                                 **PLAINTIFF**

**v.**                                                                                       **NO. 3:25-cv-250-DMB-RP**

**UNIVERSITY OF MISSISSIPPI, et al.**                                             **DEFENDANTS**

**DEFENDANTS' MOTION TO CONSOLIDATE**

Pursuant to FED. R. CIV. P. 42(a), Defendants University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Erin Holmes, Dr. Meagan Rosenthal, Dr. Annette Kluck, and Dr. Jennifer Simmons ("226 Defendants"), as well as the University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang ("250 Defendants") respectfully move this Court to consolidate the two above-styled actions for all purposes.[1] In support, the 226 Defendants and the 250 Defendants state as follows:

1.       Plaintiff Omokhodion Alfred Eriakha ("Alfred") filed his Complaint on August 8, 2025, against the University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Erin Holmes, Dr. Meagan Rosenthal, Dr. Annette Kluck, and Dr. Jennifer Simmons, No. 3:25-cv-226-MPM-

---

[1] Local Rule 42 provides that "the action bearing the lower or lowest docket number will control the designation of the district or magistrate judge before whom the motion to consolidate is noticed; the docket number will also determine the judge before whom the case or cases will be tried." Case No. 3:25-cv-226-MPM-JMV, filed by Plaintiff Omokhodion Alfred Eriakha on August 8, 2025, bears the lower docket number in this action.

JMV.

2. Alfred's brother, Ehiremen Bennard Eriakha ("Bennard"), has filed a separate action in this Court, No. 3:25-cv-250-DMB-RP, against the University, Dr. Yi Yang, Dr. Marie Barnard, Dr. Annette Kluck, and Dr. Yinan Huang.

3. These two actions should be consolidated because they present common issues of fact and law, because they are at similar levels of trial preparedness, because the Defendants have an interest in avoiding inconsistent adjudication of the issues, because consolidation poses little burden to the Court, because consolidation will conserve time and judicial resources, and because consolidation will be more efficient and eliminate unnecessary costs.

In support of their Motion, Defendants rely on the pleadings and papers of record in both actions, their Memorandum Brief submitted contemporaneously herewith, and the following exhibits:

Ex. 1 – Email from Alfred to Watkins, Oct. 15, 2025;

Ex. 2 – Email from Bennard to Watkins, Oct. 15, 2025; and

Ex. 3 – Email from Alfred to Watkins, Oct. 15, 2025.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court consolidate Nos: 3:25-cv-226-MPM-JMV and 3:25-cv-250-DMB-RP as outlined above.

Respectfully submitted, this the 22d day of October 2025.

2

**THE UNIVERSITY OF MISSISSIPPI, DR. YI YANG, DR. MARIE BARNARD, DR. ERIN HOLMES, DR. MEAGAN ROSENTHAL, DR. ANNETTE KLUCK, AND DR. JENNIFER SIMMONS**

**and**

**THE UNIVERSITY OF MISSISSIPPI, DR. YI YANG, DR. MARIE BARNARD, DR. ANNETTE KLUCK, AND DR. YINAN HUANG**

*/s/ Paul B. Watkins, Jr.*
PAUL B. WATKINS, JR. (MB No. 102348)
*Their Attorney*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-0055
*pwatkins@mayomallette.com*

3

**CERTIFICATE OF SERVICE**

I, Paul B. Watkins, Jr., the attorney for the Defendants, University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Erin Holmes, Dr. Meagan Rosenthal, Dr. Annette Kluck, Dr. Jennifer Simmons, and Dr. Yinan Huang, do certify that I have electronically filed this document in the ECF system with the Clerk of the Court which sent notification of the filing to all attorneys of record and have forwarded a copy of this document to:

> Omokhodion Alfred Eriakha
> 1802 Jackson Avenue West, Apt. 83
> Oxford, MS 38655
> 662-281-4676
> PRO SE
> *Via U.S. Mail and E-mail*
>
> Ehiremen Bennard Eriakha
> 1802 Jackson Avenue West, Apt. 83
> Oxford, MS 38655
> 662-281-4676
> PRO SE
> *Via E-mail*

THIS, the 22d day of October 2025.

*/s/ Paul B. Watkins, Jr.*
PAUL B. WATKINS, JR. (MB NO. 102348)

4