**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**OMOKHODION ALFRED ERIAKHA**                                    **PLAINTIFF**

**v.**                                                            **NO. 3:25-CV-226-MPM-JMV**

**UNIVERSITY OF MISSISSIPPI, et al.**                            **DEFENDANTS**

**MOTION FOR ENLARGEMENT OF TIME TO**
**RESPOND TO FIRST AMENDED COMPLAINT**

Defendants University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Erin Holmes, Dr. Meagan Rosenthal, Dr. Annette Kluck, and Dr. Jennifer Simmons ("Defendants"), seek additional time to answer or otherwise respond to Plaintiff's First Amended Complaint [Doc. 25] and state the following in support:

1.      Plaintiff filed his eighty-page First Amended Complaint on October 15, 2025 [Doc. 25], making Defendants' deadline to answer or otherwise respond October 29, 2025.

2.      Due to other briefing deadlines and other personal and professional commitments and obligations, Defendants respectfully request an additional fourteen (14) day extension of their deadline to answer or otherwise respond to the First Amended Complaint until and through November 12, 2025.

3.      Defendants do not anticipate an additional extension. Undersigned counsel has asked Plaintiff via email whether he opposes the requested relief but received no response as of the filing of this Motion.

4.      The request is not made for the purpose of unnecessary delay, and no party will suffer prejudice if the Motion is granted.

5.      Due to the straightforward nature of the relief sought, Defendants respectfully request to be relieved of the requirement of a separate memorandum brief.

FOR THESE REASONS, Defendant University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Erin Holmes, Dr. Meagan Rosenthal, Dr. Annette Kluck, and Dr. Jennifer Simmons, respectfully request that the Court extend their deadline to answer or otherwise respond to Plaintiff's First Amended Complaint [Doc. 25] until and through November 12, 2025.

Respectfully submitted, this the 28th day of October 2025.

> **UNIVERSITY OF MISSISSIPPI, DR. YI YANG, DR. MARIE BARNARD, DR. ERIN HOLMES, DR. MEAGAN ROSENTHAL, DR. ANNETTE KLUCK, AND DR. JENNIFER SIMMONS**
>
> */s/ Paul B. Watkins, Jr.*
> PAUL B. WATKINS, JR. (MB No. 102348)
> *Their Attorney*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-0055
*pwatkins@mayomallette.com*

2

**CERTIFICATE OF SERVICE**

I, Paul B. Watkins, Jr., the attorney for the Defendants, University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Erin Holmes, Dr. Meagan Rosenthal, Dr. Annette Kluck, and Dr. Jennifer Simmons, do certify that I have electronically filed this document in the ECF system with the Clerk of the Court which sent notification of the filing to all attorneys of record and have forwarded a copy of this document via U.S. Mail to the following:

> Omokhodion Alfred Eriakha
> 1802 Jackson Avenue West, Apt. 83
> Oxford, MS 38655
> 662-281-4676
> PRO SE

THIS, the 28th day of October 2025.

> /s/ Paul B. Watkins, Jr.
> PAUL B. WATKINS, JR. (MB NO. 102348)