**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

OMOKHODION ALFRED ERIAKHA                                    PLAINTIFF

v.                                                                            NO. 3:25-CV-226-MPM-JMV

UNIVERSITY OF MISSISSIPPI, et al.                                DEFENDANTS

**DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendants University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Erin Holmes, Dr. Meagan Rosenthal, Dr. Annette Kluck, and Dr. Jennifer Simmons ("Defendants"), reserving all rights and defenses, ask this Court to dismiss Plaintiff Omokhodion Alfred Eriakha's ("Plaintiff") First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and/or 12(b)(6). In support, the Defendants state as follows:

1.      The Individual Defendants are entitled to qualified immunity from Plaintiff's Due Process claims.

2.       Plaintiff fails to state a claim for disability discrimination.

3.      Plaintiff's remaining claims against the University are barred by the Eleventh Amendment.

4.      The University is not a "person" for purposes of Section 1983.

5.      Plaintiff's official capacity claims under Section 1983 fail.

In support of their Motion, Defendants rely on the pleadings and papers of record in this action and its brief.

FOR THESE REASONS, Defendants University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Erin Holmes, Dr. Meagan Rosenthal, Dr. Annette Kluck, and Dr. Jennifer Simmons, respectfully move this Court to dismiss Plaintiff's claims in their entirety. Defendants request

such other relief as the Court deems appropriate under the circumstances.

Respectfully submitted, this the 29th day of October 2025.

**UNIVERSITY OF MISSISSIPPI, DR. YI YANG, DR. MARIE BARNARD, DR. ERIN HOLMES, DR. MEAGAN ROSENTHAL, DR. ANNETTE KLUCK, AND DR. JENNIFER SIMMONS**

*/s/ Paul B. Watkins, Jr.*
PAUL B. WATKINS, JR. (MB No. 102348)
*Their Attorney*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-0055
*pwatkins@mayomallette.com*

2

## CERTIFICATE OF SERVICE

I, Paul B. Watkins, Jr., the attorney for the Defendants, University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Erin Holmes, Dr. Meagan Rosenthal, Dr. Annette Kluck, and Dr. Jennifer Simmons, do certify that I have electronically filed this document in the ECF system with the Clerk of the Court which sent notification of the filing to all attorneys of record and have forwarded a copy of this document via U.S. Mail and E-mail to the following:

> Omokhodion Alfred Eriakha
> 1802 Jackson Avenue West, Apt. 83
> Oxford, MS 38655
> 662-281-4676
> PRO SE

THIS, the 29th day of October 2025.

/s/ Paul B. Watkins, Jr.
PAUL B. WATKINS, JR. (MB NO. 102348)

3