### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**OMOKHODION ALFRED ERIAKHA**                                   **PLAINTIFF**

**v.**                                                          **NO. 3:25-CV-226-MPM-JMV**

**UNIVERSITY OF MISSISSIPPI, et al.**                           **DEFENDANTS**

### ORDER STAYING CASE

Defendants in this matter have filed a motion to dismiss asserting qualified and sovereign immunity defenses [Doc. 31]. Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling … a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." Consequently, this case is hereby stayed pursuant Local Uniform Civil Rule 16(b)(3)(B) pending a ruling on Defendants' motion. The parties are directed to notify the undersigned within seven days of a ruling on the motion to dismiss.

**SO ORDERED**, this the 30th day of October, 2025.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**