# UNITED STATES DISTRICT COURT

for the

RECEIVED

OCT 30 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Northern District of Mississippi

Oxford Division

Omokhodion Alfred Eriakha

*Plaintiff*

-v-

University of Mississippi; Dr. Yi Yang; Dr.

Marie Barnard; Dr. Erin Holmes; Dr. Meagen

Rosenthal; Dr. Annette Kluck; Dr. Jennifer

Simmons

*Defendants*

Case No.    3:25-cv-00226

)
)
)
)
)
)
)

## NOTICE OF ADMINISTRATIVE MOOTNESS AND PROCEDURAL

## CLARIFICATION REGARDING DEFENDANTS' MOTION TO CONSOLIDATE

## CASES

1

## I. Introduction and Purpose

1. Plaintiff Omokhodion Alfred Eriakha, proceeding *pro se*, respectfully submits this Notice to clarify the current procedural posture of this action and to advise that Defendants' *Motion to Consolidate* Cases (**Doc. 28**) and *Memorandum in Support* (**Doc. 29**) have been rendered administratively moot by intervening developments on the docket.

2. Specifically, this Court's **October 22, 2025** Order (**Doc. 27**) lifted the previously imposed stay and dismissed Defendants' pending *Rule 12(b) motion* as moot, thereby nullifying the factual predicate on which Defendants' consolidation request was based.

3. This Notice is submitted to preserve the accuracy of the procedural record and to prevent unnecessary judicial consideration of a motion rendered moot by docket developments. It is filed in recognition of the Court's inherent authority to manage its docket and ensure the fair and efficient administration of proceedings.

## II. Procedural Background

1. On **October 22, 2025**, this Court entered an Order (**Doc. 27**) granting Plaintiff's *Motion to Lift Stay* (**Doc. 26**) and dismissing Defendants' then-pending *Rule 12(b) motion* (**Doc. 22**) as moot.

2. That Order expressly lifted the stay previously imposed on **October 2, 2025** (**Doc. 24**), thereby restoring the case to active litigation status.

3. Later that same day, Defendants filed their *Motion to Consolidate* (**Doc. 28**) and accompanying *Memorandum in Support* (**Doc. 29**), representing that "*both cases are stayed and at similar levels of trial preparedness.*"

2

4. That representation was inaccurate at the time of filing. The stay in this case had already been lifted, and Defendants' *Rule 12(b) motion* had been dismissed as moot pursuant to the Court's prior Order.

5. These developments eliminated the procedural foundation on which Defendants' consolidation request was based, rendering the motion administratively moot as filed.

## III. Administrative Mootness

1. Under *Fed. R. Civ. P. 42(a)*, consolidation is discretionary and permitted only when "*actions before the court involve a common question of law or fact.*" The rule presupposes that the actions are concurrently active and in comparable procedural posture.

2. At the time Defendants' filed their motion, this case had already been restored to active status, while the related action remained stayed. As a result, the essential condition of procedural equivalence contemplated by *Rule 42(a)* was not satisfied.

3. Defendants' request thus rests on an erroneous assumption of procedural parity that did not exist at the time of filing, rendering the motion both functionally and administratively moot.

## IV. Conclusion

1. The Court's Order of **October 22, 2025** (*Doc. 27*) lifted the stay and dismissed Defendants' prior *Rule 12(b) motion* as moot, thereby eliminating the factual and procedural foundation on which Defendants' *Motion to Consolidate* (*Doc. 28*) was based.

2. Plaintiff respectfully submits that the consolidation motion is now administratively moot and requires no further action by the Court.

3. This Notice is submitted to preserve the accuracy of the procedural record and to ensure that the docket reflects the current, operative posture of this case in the interest of clarity, fairness, and efficient judicial administration.

Respectfully submitted this 30th day of October, 2025.



Omokhodion Alfred Eriakha

Plaintiff, Pro Se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhab@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I delivered the foregoing to the Clerk of Court for filing and served a true and correct copy by email upon:

**Paul B. Watkins, Esq.**

Mayo Mallette PLLC

Email: pwatkins@mayomallette.com

(cc: Brooke Jackson, bjackson@mayomallette.com)

Executed this 30th day of October, 2025, in Oxford, Mississippi.

Omokhodion Alfred Eriakha

Plaintiff, pro se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhab@gmail.com

5