M **Gmail** *EXHIBIT 04 — Informal Correspondence with Defense Counsel on Deadline extension*    eriakha b <eriakhab@gmail.com>

## Eriakha v. Univ. of Miss., No. 3:25-cv-226 - motion for time

1 message

**Paul Watkins** <pwatkins@mayomallette.com>       Tue, Oct 28, 2025 at 3:57 PM
To: eriakha b <eriakhab@gmail.com>
Cc: Brooke Jackson <bjackson@mayomallette.com>

Mr. Eriakha

The Defendants' response to your Amended Complaint is due tomorrow, October 29. I have been unable to complete the response because of obligations in other matters, and I intend to ask for an extension of that deadline through Wednesday, November 12.

I am attaching the motion I intend to file and the proposed order I will submit to the Court's chambers if you have no objection. May I represent to the Court that you do not oppose the extension?

Paul

### Paul Watkins

Mayo Mallette PLLC
E: pwatkins@mayomallette.com
O: 662.236.0055 | D: 662.513.4900 | C: 662.801.0162
2094 Old Taylor Road, Suite 200 | Oxford, MS 38655

**mayomallette** PLLC

**2 attachments**

📄 **25.10.28 Motion for Time to Resp to 1st Amended Complaint.docx**
25K

📄 **25.10.28 Proposed Order Granting Motion for Time.docx**
23K