**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**OMOKHODION ALFRED ERIAKHA**                                                    **PLAINTIFF**

**v.**                                                                                         **NO. 3:25-CV-226-MPM-JMV**

**UNIVERSITY OF MISSISSIPPI, et al.**                                           **DEFENDANTS**

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND**

Before the Court is Defendants University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Erin Holmes, Dr. Meagan Rosenthal, Dr. Annette Kluck, and Dr. Jennifer Simmons Motion for Enlargement of Time to Respond to First Amended Complaint. [Doc. 30]. For good cause shown and noting that the Plaintiff has not responded in opposition to the motion and that the deadline to do so has now passed, the motion is well taken and is GRANTED.

Defendants University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Erin Holmes, Dr. Meagan Rosenthal, Dr. Annette Kluck, and Dr. Jennifer Simmons shall have up to and through November 12, 2025 to answer or otherwise respond to Plaintiff's First Amended Complaint.

**SO ORDERED**, this the 17th day of November, 2025.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**