# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

### OXFORD DIVISION

RECEIVED
DEC 12 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| OMOKHODION ALFRED ERIAKHA | | PLAINTIFF |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 3:25-cv-226-MPM-JMV |
| | ) | |
| UNIVERSITY OF MISSISSIPPI, ET AL. | | DEFENDANTS |

*Consolidated With*

| | | |
|---|---|---|
| EHIREMEN BENNARD ERIAKHA | | PLAINTIFF |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 3:25-cv-250-DMB-RP |
| | ) | |
| UNIVERSITY OF MISSISSIPPI, ET AL. | | DEFENDANTS |

### NOTICE OF IRREPARABLE HARM

(Filed by Plaintiff Ehiremen Bennard Eriakha)

1

## I. Introduction

1. Plaintiff Ehiremen Bennard Eriakha, *pro se*, respectfully submits this *Notice of Irreparable Harm* pursuant to **Fed. R. Civ. P. 65** and **28 U.S.C. § 1657(a)** to apprise the Court of material developments directly affecting the pending motions for temporary restraining order and preliminary injunction (***Docs. 15 & 16***).

2. This filing is made to ensure the Court's immediate awareness of newly realized harms that substantively confirm the urgency and necessity of timely injunctive relief.

## II. Irreparable Harm

1. On **December 12, 2025**, Plaintiff received a formal letter from Dr. Annette S. Kluck, Dean of the Graduate School, permanently terminating his enrollment in the Ph.D. program in Pharmaceutical Sciences (Pharmacy Administration), effective **December 15, 2025**, and reclassifying his student status as "non-degree seeking."

   *A true and correct copy of the letter is attached as **Exhibit 05**.*

2. This action immediately extinguishes Plaintiff's eligibility for tuition remission, graduate-assistantship compensation, and programmatic academic standing, thereby constituting permanent removal from the University's doctoral program and termination of all attendant privileges, credentials, and financial supports.

3. The expulsion occurred while Plaintiff's emergency motions for injunctive relief remain pending and unresolved. It therefore substantiates the precise harms identified in those motions—including loss of livelihood, tuition support, and educational status—all of which have now fully materialized and continue to compound as direct consequences of the Court's prolonged non-adjudication of Plaintiff's emergency filings.

2

### III. Conclusion

1. Plaintiff submits this Notice solely to ensure the Court's immediate awareness of these material developments and to preserve an accurate and contemporaneous procedural record relevant to his pending motions for emergency relief.

Respectfully submitted this 12th day of December, 2025.

_____

Ehiremen Bennard Eriakha

Plaintiff, Pro Se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, I delivered the foregoing to the Clerk of Court for filing and served a true and correct copy by email upon:

**Paul B. Watkins**, Esq.

Mayo Mallette PLLC

Email: pwatkins@mayomallette.com

(cc: Brooke Jackson, bjackson@mayomallette.com)

Executed this 12th day of December, 2025, in Oxford, Mississippi.

_____

Ehiremen Bennard Eriakha

Plaintiff, pro se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com