

EXHIBIT 05 — NOTICE OF EXPULSION
FILED BY PLAINTIFF EHIREMEN BENNARD ERIAKHA

December 12, 2025

Dear Ehiremen (Bennard) Eriakha (#10955677),

On August 22, 2025, I notified you that you would be placed on provisional status and that you were required to meet the requirements to attain full standing within 9 credit hours. Those requirements were specified in an email sent to you on August 21, 2025.

On December 6, 2025, your program notified me that you had not met the requirements to return to full standing. Thus, your status will be changed to non-degree seeking effective December 15, 2025. This means that you are no longer a student in the Ph.D. program in Pharmaceutical Sciences with an emphasis in Pharmacy Administration.

You are allowed apply to admission to other programs should you wish to do so (note, this is not a guarantee of admission to another program). Should you wish to enroll in additional courses, I encourage you to consult policies on options for enrollment for "non-degree seeking" students. It is important to understand that only a limited number of credits earned under "non-degree seeking" status can be counted towards a degree, and you will not be eligible for financial aid including graduate assistantships. Similarly, should you wish to apply to another degree program, I encourage you to explore whether any courses you already completed would count towards degree requirements.

In the event that you do not enroll in additional courses in the spring, your status will be converted to "inactive." In such a case, you would need to reapply to the university in order to enroll in any subsequent term.

I regret that this is likely not the news you were hoping to receive. I wish you well moving forward.

Sincerely,

Annette S. Kluck, Ph.D.
Dean of the Graduate School
Professor of Leadership and Counselor Education
University of Mississippi

Cc:  Dr. Marie Barnard
     Dr. Yi Yang
     Ms. Robin Wiebe Bourgeois