# IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

### OXFORD DIVISION

**RECEIVED**

**DEC 12 2025**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**OMOKHODION ALFRED ERIAKHA**                **PLAINTIFF**

)

v.            )     **CIVIL ACTION NO.: 3:25-cv-226-MPM-JMV**

)

**UNIVERSITY OF MISSISSIPPI, ET AL.**         **DEFENDANTS**


*Consolidated With*


**EHIREMEN BENNARD ERIAKHA**           **PLAINTIFF**

)

v.            )     **CIVIL ACTION NO.: 3:25-cv-250-DMB-RP**

)

**UNIVERSITY OF MISSISSIPPI, ET AL.**         **DEFENDANTS**


### NOTICE OF MATERIAL CHANGE IN CIRCUMSTANCES AND RECORD

### PRESERVATION

**(Filed by Plaintiff Omokhodion Alfred Eriakha)**

## I. Introduction

1. Plaintiff Omokhodion Alfred Eriakha respectfully submits this Notice solely to preserve the record and to apprise the Court of a material change in circumstances that has occurred since the Court's **September 19, 2025** *Memorandum Opinion* (***Doc. 16***) denying Plaintiff's motions for temporary restraining order and preliminary injunction, which were denied on procedural grounds.

## II. Material Change in Circumstances

1. On **December 12, 2025**, Plaintiff received a formal letter from the Dean of the Graduate School, Dr. Annette S. Kluck, notifying him that his enrollment in the Ph.D. program in Pharmaceutical Sciences (with an emphasis in Pharmacy Administration) would be terminated and that his status would be converted to "non-degree seeking," effective **December 15, 2025**.

2. As stated in the letter, this change in status results in Plaintiff no longer being a student in the Ph.D. program and renders him ineligible for tuition remission, graduate assistantships, and other financial and academic privileges attendant to doctoral enrollment.

3. This action occurred while Plaintiff's civil-rights action remains pending and unresolved, and after the Court's **September 19, 2025** *Memorandum Opinion* (***Doc. 16***), which observed that the record before the Court at that time was procedurally undeveloped and that the details of the underlying incident were not before the Court.

4. The **December 12, 2025** termination letter converts the injuries previously identified in Plaintiff's emergency filings—including loss of academic standing, tuition support, and livelihood—from anticipated or prospective harms into concrete and continuing injuries.

### III. Conclusion

1. Plaintiff files this Notice for record-preservation purposes only. This Notice does not seek immediate relief, does not re-urge prior motions, and is not intended to expand the issues presently before the Court.

2. *A true and correct copy of the **December 12, 2025** termination letter is attached hereto as **Exhibit 06**.*

Respectfully submitted this 12th day of December, 2025.

Omokhodion Alfred Eriakha

Plaintiff, Pro Se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhab@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, I delivered the foregoing to the Clerk of Court for filing and served a true and correct copy by email upon:

**Paul B. Watkins**, **Esq**.

Mayo Mallette PLLC

Email: pwatkins@mayomallette.com

(cc: Brooke Jackson, bjackson@mayomallette.com)

Executed this 12th day of December, 2025, in Oxford, Mississippi.

Omokhodion Alfred Eriakha

Plaintiff, pro se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhab@gmail.com