# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## OXFORD DIVISION

**RECEIVED**

**DEC 29 2025**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

OMOKHODION ALFRED ERIAKHA                PLAINTIFF

)

v.                ) CIVIL ACTION NO.: 3:25-cv-226-MPM-JMV

)

UNIVERSITY OF MISSISSIPPI, ET AL.                DEFENDANTS

*Consolidated With*

EHIREMEN BENNARD ERIAKHA                PLAINTIFF

)

v.                ) CIVIL ACTION NO.: 3:25-cv-250-DMB-RP

)

UNIVERSITY OF MISSISSIPPI, ET AL.                DEFENDANTS

## NOTICE OF APPEAL

**(Filed by Plaintiff Ehiremen Bennard Eriakha)**

1

Notice is hereby given that Plaintiff Ehiremen Bennard Eriakha, proceeding pro se, appeals to the United States Court of Appeals for the Fifth Circuit from the district court's effective denial of injunctive relief, pursuant to *28 U.S.C. § 1292(a)(1)*.

This appeal is taken from the district court's failure to rule on Plaintiff's renewed motions for a temporary restraining order and preliminary injunction (***Docs. 15 and 16***), which were fully briefed as of October 9, 2025, and for which meaningful relief became unavailable when the challenged termination of Plaintiff's graduate enrollment took effect on December 15, 2025.

Under settled Fifth Circuit precedent, district court action—or inaction—that has the practical effect of denying injunctive relief necessary to prevent serious or irreparable harm is immediately appealable under *§ 1292(a)(1)*, even in the absence of an express written denial. The district court's failure to adjudicate Plaintiff's ripe motions for emergency injunctive relief before the challenged harm occurred has therefore effectively denied Plaintiff meaningful preliminary injunctive relief.

Plaintiff accordingly gives notice of this interlocutory appeal to preserve the availability and practical effectiveness of appellate review.

Respectfully submitted this 29th day of December, 2025.

_____

Ehiremen Bennard Eriakha

Plaintiff, Pro Se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025, a true and correct copy of the foregoing Notice of Appeal was filed with the Clerk of Court and served by electronic mail upon:

**Paul B. Watkins**, Esq.

Mayo Mallette PLLC

Email: pwatkins@mayomallette.com

(cc: Brooke Jackson, bjackson@mayomallette.com)


Executed this 29th day of December, 2025, in Oxford, Mississippi.

_____

Ehiremen Bennard Eriakha

Plaintiff, pro se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com