# IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

OXFORD DIVISION

**RECEIVED**

JAN 05 2026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

OMOKHODION ALFRED ERIAKHA        PLAINTIFF

)

v.        ) CIVIL ACTION NO.: 3:25-cv-226-MPM-JMV

)

UNIVERSITY OF MISSISSIPPI, ET AL.        DEFENDANTS

*Consolidated With*

EHIREMEN BENNARD ERIAKHA        PLAINTIFF

)

v.        ) CIVIL ACTION NO.: 3:25-cv-250-DMB-RP

)

UNIVERSITY OF MISSISSIPPI, ET AL.        DEFENDANTS

**MOTION TO ADOPT AND JOIN PENDING EMERGENCY RULE 65 MOTIONS**

*(Filed by Plaintiff Omokhodion Alfred Eriakha)*

1

Plaintiff Omokhodion Alfred Eriakha, proceeding pro se and in forma pauperis, respectfully moves for leave to adopt and join the pending Renewed Motions for Temporary Restraining Order and Preliminary Injunction filed by Plaintiff Ehiremen Bennard Eriakha pursuant to *Federal Rule of Civil Procedure 65* (*Dkts. 15 & 16* in Civil Action No. 3:25-cv-250-DMB-RP):

1. The above-captioned actions are formally consolidated and arise from related institutional actions.

2. Plaintiff Ehiremen Bennard Eriakha's *Rule 65* motions (*Dkts. 15 & 16*) are fully briefed and pending adjudication.

3. Movant Omokhodion Alfred Eriakha is similarly situated to Plaintiff Ehiremen Bennard Eriakha with respect to the emergency relief sought in the pending *Rule 65* motions.

4. Movant seeks to adopt and join the pending Rule 65 motions as filed, without alteration or supplementation, and agrees to be bound by the Court's disposition of those motions.

5. This Motion is procedural and adoptive only. It:
    a. seeks no new or additional relief;
    b. does not supplement, amend, or expand the existing Rule 65 record;
    c. does not request additional briefing; and
    d. does not re-argue the merits of the pending motions.

6. Granting joinder will promote judicial economy, avoid duplicative emergency filings in this consolidated action, and permit orderly and consistent consideration of the pending *Rule 65* motions as applied to similarly situated plaintiffs.

7. Movant files this Motion solely to ensure procedural alignment with the emergency motions already before the Court and to be considered a movant for purposes of any ruling on those motions.

WHEREFORE, Plaintiff Omokhodion Alfred Eriakha respectfully requests that the Court:

1. GRANT this Motion to Adopt and Join the pending Renewed Motions for Temporary Restraining Order and Preliminary Injunction (***Dkts. 15 & 16*** in Civil Action No. 3:25-cv-250-DMB-RP); and

2. RECOGNIZE Movant as a joining movant for purposes of any ruling on those motions.

Respectfully submitted this 2nd day of January, 2026.

/s/ Omokhodion Alfred Eriakha

Omokhodion Alfred Eriakha

Plaintiff, Pro Se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Email: eriakhab@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Adopt and Join Pending Emergency Rule 65 Motions was served as follows:

Via electronic mail on January 2, 2026:
Clerk's Office
United States District Court
Northern District of Mississippi
Email: ecf_information@msnd.uscourts.gov

Via in-person filing on January 5, 2026:
Clerk's Office
United States District Court
Northern District of Mississippi

Via electronic mail on January 5, 2026 (Counsel for Defendants):
Paul B. Watkins, Esq.
Mayo Mallette PLLC
Email: pwatkins@mayomallette.com

Brooke Jackson, Esq.
Mayo Mallette PLLC
Email: bjackson@mayomallette.com

Executed this 2nd day of January, 2026.

Respectfully submitted,

/s/ Omokhodion Alfred Eriakha

Omokhodion Alfred Eriakha
Plaintiff, pro se
1802 Jackson Ave. W., Apt. 83
Oxford, MS 38655
Tel: (662) 281-4676
Email: eriakhab@gmail.com