# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

RECEIVED
JAN 06 2026
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| OMOKHODION ALFRED ERIAKHA | | PLAINTIFF |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 3:25-cv-226-MPM-JMV |
| | ) | |
| UNIVERSITY OF MISSISSIPPI, ET AL. | | DEFENDANTS |

*Consolidated With*

| | | |
|---|---|---|
| EHIREMEN BENNARD ERIAKHA | | PLAINTIFF |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 3:25-cv-250-DMB-RP |
| | ) | |
| UNIVERSITY OF MISSISSIPPI, ET AL. | | DEFENDANTS |

## JOINT NOTICE OF APPEAL

*(Fed. R. App. P. 3 & 4)*

1

2

Notice is hereby given that Plaintiffs Ehiremen Bennard Eriakha and Omokhodion Alfred Eriakha, proceeding pro se, jointly appeal to the United States Court of Appeals for the Fifth Circuit.

This appeal is taken pursuant to *28 U.S.C. § 1292(a)(1)* from the district court's effective denial of injunctive relief, arising from the failure to rule on Ehiremen Bennard Eriakha's *Renewed Motion for Temporary Restraining Order* (**Doc. 15**) and *Renewed Motion for Preliminary Injunction* (**Doc. 16**) in Civil Action No. 3:25-cv-250-DMB-RP.

Respectfully submitted this 6th day of January, 2026.

_____                           _____

Ehiremen Bennard Eriakha                            Omokhodion Alfred Eriakha

Plaintiff, pro se                                   Plaintiff, pro se

1802 Jackson Ave. W., Apt. 83                       1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655                                    Oxford, MS 38655

Email: eriakhabernard@gmail.com                     Email: eriakhab@gmail.com

2

## CERTIFICATE OF SERVICE

We hereby certify that on January 6, 2026, a true and correct copy of the foregoing Joint Notice of Appeal was filed with the Clerk of Court and served by electronic mail upon:

**Paul B. Watkins**, Esq.

Mayo Mallette PLLC

Email: pwatkins@mayomallette.com

(cc: Brooke Jackson, bjackson@mayomallette.com)

Executed this 6th day of January, 2026, in Oxford, Mississippi.

| | |
|---|---|
| Ehiremen Bennard Eriakha | Omokhodion Alfred Eriakha |
| Plaintiff, pro se | Plaintiff, pro se |
| 1802 Jackson Ave. W., Apt. 83 | 1802 Jackson Ave. W., Apt. 83 |
| Oxford, MS 38655 | Oxford, MS 38655 |
| Email: eriakhabernard@gmail.com | Email: eriakhab@gmail.com |