RECEIVED
JAN 09 2026
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## OXFORD DIVISION

| | | |
|---|---|---|
| OMOKHODION ALFRED ERIAKHA | | PLAINTIFF |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 3:25-cv-226-MPM-JMV |
| | ) | |
| UNIVERSITY OF MISSISSIPPI, ET AL. | | DEFENDANTS |

*Consolidated With*

| | | |
|---|---|---|
| EHIREMEN BENNARD ERIAKHA | | PLAINTIFF |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 3:25-cv-250-DMB-RP |
| | ) | |
| UNIVERSITY OF MISSISSIPPI, ET AL. | | DEFENDANTS |

## RULE 10(b) STATEMENT REGARDING TRANSCRIPT

*(Filed by Plaintiff–Appellant Ehiremen Bennard Eriakha)*

1

Pursuant to *Federal Rule of Appellate Procedure 10(b)*, Plaintiff–Appellant Ehiremen Bennard Eriakha, proceeding pro se, states as follows:

No transcript will be ordered for this appeal. The record reflects that no evidentiary hearings, motion hearings, or trial proceedings were conducted in this matter.

Respectfully submitted this 9th day of January, 2026.

Ehiremen Bennard Eriakha

Plaintiff, Pro Se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, a true and correct copy of the foregoing *Rule 10(b) Statement Regarding Transcript* was filed with the Clerk of Court and served by electronic mail upon:

**Paul B. Watkins**, Esq.

Mayo Mallette PLLC

Email: pwatkins@mayomallette.com

(cc: Brooke Jackson, bjackson@mayomallette.com)

Executed this 9th day of January, 2026, in Oxford, Mississippi.

Ehiremen Bennard Eriakha

Plaintiff, pro se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com