# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 31, 2025
Lyle W. Cayce
Clerk

No. 25-60708
Summary Calendar

───────────

Omokhodion Alfred Eriakha,

*Plaintiff,*

*versus*

University of Mississippi,

*Defendant,*

───────────

Ehiremen Bennard Eriakha,

*Plaintiff—Appellant,*

*versus*

University of Mississippi; Yi Yang, *Doctor, Chair, Department of Pharmacy Administration*; Marie Barnard, *Doctor, Graduate Program Coordinator, Pharmacy Administration*; Annette Kluck, *Doctor, Dean of the Graduate School*; Yinan Huang, *Doctor, Faculty Member*,

*Defendants—Appellees.*

───────────

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:25-CV-226
USDC No. 3:25-CV-250

# JUDGMENT

Before Jones, Richman, and Ramirez, *Circuit Judges*.

This cause was considered on the record on appeal.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED for lack of jurisdiction.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



**Certified as a true copy and issued
as the mandate on** Jan 21, 2026

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**