# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

January 21, 2026

Honorable Daniel B. McHugh
Northern District of Mississippi, Oxford
United States District Court
911 Jackson Avenue
Oxford, MS 38655

    No. 25-60708   Eriakha v. University of Mississippi
                      USDC No. 3:25-CV-226
                      USDC No. 3:25-CV-250

Dear Honorable McHugh,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Roeshawn Johnson*
                By: _____
                Roeshawn Johnson, Deputy Clerk
                504-310-7998

cc:  Mr. Ehiremen Bennard Eriakha
     Mr. Paul Bowie Watkins Jr.