**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

OMOKHODION ALFRED ERIAKHA                                    **PLAINTIFF**

v.                                                                              **NO. 3:25-CV-226-MPM-JMV**

UNIVERSITY OF MISSISSIPPI, et al.                            **DEFENDANTS**

*Consolidated With*

EHIREMEN BENNARD ERIAKHA                                      **PLAINTIFF**

v.                                                                              **NO. 3:25-CV-250-MPM-JMV**

UNIVERSITY OF MISSISSIPPI, et al.                            **DEFENDANTS**

## DEFENDANTS' RESPONSE TO ALFRED'S MOTION FOR RECUSAL

Defendants, reserving all rights and defenses, respond as follows to Plaintiff Omokhodion Alfred Eriakha's ("Alfred") Motion for Recusal / Disqualification of the Presiding Judge [Doc. 48]:

Alfred has failed to articulate a basis for disqualification of the assigned Judge.

In support of its Response, Defendants rely on the pleadings and papers of record in this action and its brief.

FOR THESE REASONS, Defendants respectfully move this Court to deny Plaintiff's Motion for Recusal / Disqualification of the Presiding Judge. Defendants request such other relief as the Court deems appropriate under the circumstances.

Respectfully submitted, this the 23rd day of January 2026.

**UNIVERSITY OF MISSISSIPPI, DR. YI YANG, DR. MARIE BARNARD, DR. ERIN HOLMES, DR. MEAGAN ROSENTHAL, DR. ANNETTE KLUCK, AND DR. JENNIFER SIMMONS**

*/s/ Paul B. Watkins, Jr.*
PAUL B. WATKINS, JR. (MB No. 102348)
*Their Attorney*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-0055
*pwatkins@mayomallette.com*

2

## CERTIFICATE OF SERVICE

I, Paul B. Watkins, Jr., the attorney for the Defendants, University of Mississippi, Dr. Yi Yang, Dr. Marie Barnard, Dr. Erin Holmes, Dr. Meagan Rosenthal, Dr. Annette Kluck, and Dr. Jennifer Simmons, do certify that I have electronically filed this document in the ECF system with the Clerk of the Court which sent notification of the filing to all attorneys of record and have forwarded a copy of this document via U.S. Mail and E-mail to the following:

> Omokhodion Alfred Eriakha
> 1802 Jackson Avenue West, Apt. 83
> Oxford, MS 38655
> 662-281-4676
> PRO SE

> Ehiremen Bennard Eriakha
> 1802 Jackson Avenue West, Apt. 83
> Oxford, MS 38655
> 662-281-4676
> PRO SE

THIS, the 23rd day of January 2026.

/s/ Paul B. Watkins, Jr.
PAUL B. WATKINS, JR. (MB NO. 102348)