# United States Court of Appeals for the Fifth Circuit

————————————

No. 26-60007

————————————

United States Court of Appeals
Fifth Circuit

**FILED**

April 23, 2026

Lyle W. Cayce
Clerk

OMOKHODION ALFRED ERIAKHA,

*Plaintiff—Appellant*,

*versus*

UNIVERSITY OF MISSISSIPPI; YI YANG, *Doctor, Chair, Department of Pharmacy Administration*; MARIE BARNARD, *Doctor, Graduate Program Coordinator, Pharmacy Administration*; ANNETTE KLUCK, *Doctor, Dean of the Graduate School*,

*Defendants – Appellees.*

_____

EHIREMEN BENNARD ERIAKHA,

*Plaintiff—Appellant*,

*versus*

UNIVERSITY OF MISSISSIPPI; YI YANG, *Doctor, Chair, Department of Pharmacy Administration*; MARIE BARNARD, *Doctor, Graduate Program Coordinator, Pharmacy Administration*; ANNETTE KLUCK, *Doctor, Dean of the Graduate School*; YINAN HUANG, *Doctor, Faculty Member*,

*Defendants—Appellees.*

No. 26-60007

<hr />

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:25-CV-226
USDC No. 3:25-CV-250

<hr />

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as to Omokhodion Alfred Eriakha as of April 23, 2026, for want of prosecution. The appellant failed to timely file the appellant's brief.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Sean Hannan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT