UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OFFICE OF THE CLERK
911 JACKSON AVENUE, SUITE 369
OXFORD, MISSISSIPPI 38655

OFFICIAL BUSINESS

RECEIVED

MAY 28 2026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

JACKSON MS 390

4 FEB 2026 AM 2 L

$0.740
US POSTAGE IMI
FIRST-CLASS
063S0009036499
FROM 39730

X-RAYED

3:25CV226

No Doc #. Notice Of Certification of Electronic Record On Appeal

Omokhodion Alfred Eriakha
Ehiremen Bennard Eriakha
1802 Jackson Avenue West
Apartment 83
Oxford, MS 38655

NIXIE          381    DE 1          0005/27/26
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

VAC

BC: 38655362294          *0466-07386-04-17