2094 Old Tay'or Road
Suite 200
Oxford, MS 38655

MEMPHIS TN 380

23 JAN 2026 · PM 1 · L



UNITED STATES
OF AMERICA

FOREVER/USA

Omokhodion Alfred Eriakha
Ehiremen Bennard Eriakha
1802 W. Jackson Ave, Apt. 83
Oxford, MS 38655

NIXIE        381    DE 1        0005/27/26

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

VAC        BC: 38655501994        *0547-05086-23-43

---

2094 Old Taylor Road
Suite 200
Oxford, MS 38655

MEMPHIS TN 380

9 FEB 2026 · PM 4 · L

UNITED STATES
OF AMERICA

FOREVER/USA

Ehiremen Bennard Eriakha
1802 Jackson Avenue West, Apt. 83
Oxford, MS 38655

NIXIE        381    DE 1        0005/27/26

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

VAC        BC: 38655501994        *0847-04972-09-45