**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | |
|---|---|
| **OMOKHODION ALFRED ERIAKHA** | **PLAINTIFF** |
| **v.** | **No. 3:25-cv-00226-MPM-JMV** |
| **UNIVERSITY OF MISSISSIPPI, *et al.*** | **DEFENDANTS** |

***Consolidated With***

| | |
|---|---|
| **EHIREMEN BENNARD ERIAKHA** | **PLAINTIFF** |
| **v.** | **No. 3:25-cv-00250-MPM-JMV** |
| **UNIVERSITY OF MISSISSIPPI, *et al.*** | **DEFENDANTS** |

**ORDER**

Pursuant to the Fifth Circuit Court of Appeals' order entered September 30, 2026, [61] in 3:25-cv-00226-MPM-JMV, [72] in 3:25-cv-00250-MPM-JMV, which affirmed this Court's opinion as modified and directed that Bennard's sovereign-immunity claim be dismissed without prejudice, Bennard's sovereign-immunity claim is hereby DISMISSED WITHOUT PREJUDICE.

This case is CLOSED.

SO ORDERED, this the 13th day of October, 2026.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI